TYPE OF HEARING Rule 5
CASE NO# 10 MJ 504
MAGISTRATE JUDGE: THERESA CARROLL Buchanan
DATE: 7/22/10
TIME: 10:00
Tape: FTR RECORDER
DEPUTY CLERK: DIANNE HOOKS

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Zachary Chesser

GOVT. ATTY Gordon Kromberg

DEFT'S ATTY. _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (✓)
COURT TO APPOINT COUNSEL (✓)

DEFT APPEARED W/O ATTY. DEFT REMANDED TO THE CUSTODY OF THE USMS

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND

NEXT COURT APPEARANCE PH/DH TIME 2:30
RECORDER
INDEX#           SPEAKER           RECORDER
                                   INDEX#           SPEAKER