AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
IN OPEN COURT
OCT 20 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  01-10cr-395 |
| Zachary Adam Chesser | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/19/10

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael S. Nachmanoff
*Printed name of defendant's attorney*

/s/
_____
Liam O'Grady  *Judge's signature*
**United States District Judge**
Liam O'Grady, United States District Judge
*Judge's printed name and title*