FILED MAILROOM
AUG - 4 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA )
)
v. ) No. 10-cr-129-LO-1
)
ZACHARY ADAM CHESSER )
)
Defendant )

## MOTION TO SEAL

Defendant Zachary A. Chesser moves this Court to seal his Motion for Provision of Transcript and Affidavit (filed simultaneously) because it contains his legal theories and there is no reason he should have to expose them at this time. He may wish to save some defenses for proceedings which may arise after the ones listed in the Motion too.

Respectfully submitted,

ZACHARY A. CHESSER
pro se
Reg. No. 76715-083
USP Florence ADMAX
PO Box 8500
Florence, CO 81226

## Certificate of Service

By mailing this to the Clerk of this Court, on this 28th day of July, 2015, I caused a true copy to be electronically served on Gordon Kromberg or his replacement if there is a new attorney to be noticed.

Zachary A. Chesser