UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

ZACHARY A. CHESSER,          )
    Petitioner,              )   Crim. No. 1:10cr395
    v,                       )   Civ. No. 1:15cv1602
UNITED STATES OF AMERICA,    )   Hon. Liam O'Grady
    Respondent               )

## NOTICE

Chesser's reply to Doc. 75 is supposed to contain 5 exhibits (A1, A5, A11, A12 & B) which the prison keeps in a location other than his cell. Depending on whether they include them in his reply on May 31st, he may have to supplement by sending them later. Chesser has no control over this.

Respectfully submitted,

Zachary A. Chesser
Reg. No. 76715-083
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

Certificate of Service

I certify that on this 31st day of May, 2016 I mailed this to Gordon Kromberg, 2100 Jamieson Ave, Alexandria, VA 22314

Zachary A. Chesser

Clerk of the Court,                    May 31, 2016

   Enclosed are a notice and a reply. The
reply has 19 exhibits (A1 — A13, B, C, D, E & F).

                              Sincerely,

                              Zachary A. Chesser

RECEIVED
MAILROOM

JUN - 3 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

