iOS app   Android app   More                                                                                  Desktop Alerts    Log In    Create Account

December 26, 2015
http://www.huffingtonpost.com/2009/11/09/trey-parker-and-matt-ston_n_351067.html

# Trey Parker And Matt Stone House: South Park Creators Show Off Green Home

Posted: 03/18/2010 5:12 am EDT  |  Updated: 05/25/2011 2:35 pm EDT

South Park creators Trey Parker and Matt Stone have built a massive retreat in Steamboat Springs. Despite the irreverence and contempt for politics and idealism the duo espouses in their show, they seemed to have had the environment in mind when they built their $5 Million mansion.

The AP reports:

> The creators of "South Park" are showing off their environmentally friendly mansion in western Colorado. The $5 million Steamboat Springs home belonging to Trey Parker and Matt Stone features "green" building techniques.
>
> Ceilings are made of Douglas fir timbers salvaged from a rail trestle that once spanned the Great Salt Lake. The home also uses recycled carpet and in-floor, radiant heating.

Steamboat Today describes the house's East-West fusion:

> There are views of Steamboat Ski Area from the front porch; a curved, granite kitchen counter with a leathered finish in shades of evergreen; and a mid-19th-century Japanese tansu, or antique chest of drawers, that faces a 110-inch projection screen. A Western dining room with sweeping views across the south valley is balanced by an Eastern dining room with low chairs and windows that look onto an aspen grove. In the rear of the property, at the end of a winding stone walkway, is a Japanese tea house that appears as authentic as one found in a Tokyo garden, with sliding screens as walls and tatami mats on the floor.

MORE: Steamboat Springs Trey Parker Matt Stone South Park

Advertise  |  Log In  |  Make HuffPost Your Home Page  |  RSS  |  Careers  |  FAQ
User Agreement  |  Privacy  |  Comment Policy  |  About Us  |  About Our Ads  |  Contact Us
Archive

Copyright ©2015 TheHuffingtonPost.com, Inc.  |  "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved. 2015©

Part of HuffPost Local

EXHIBIT A2