TRANSCRIPT

# THE DEFENSE OF THE PROPHET CAMPAIGN VIDEO

0:00 [Revolution Muslim]

0:10 Arabic singing [Al-Qur'an wa Al-Ahadeeth Productions]

0:25 [Revolution Muslim Announces The Defense of the Prophet Campaign]

0:42 [Help Us Remove This Filth]

Chesser: The popular tv show "South Park," which airs on Comedy Central, recently showed an episode in which they directly insulted our beloved Prophet (Arabic). They depicted him in a bear costume and uttering things with a strange voice, and this is in addition to an episode which they have already aired, showing him flying around, doing all sorts of strange things (Arabic) as a direct mockery of him. So please join us in our Defense of the Prophet Campaign (Arabic) and download and re-upload this video, and spread the word however you can. (Arabic).

1:24 [Join Us]

Al-Awlaki: Why was Ka'b ibn Al-Ashraf killed? That was their question put to Rasulullah (Muhammad) (Arabic), because there was an agreement, there was an agreement between Rasulullah (Arabic) and all of the Yahud. That is well-known in sirah that Rasulullah (Arabic), when he came to Madinah he had a peace agreement with all of the Yahud. Now, Ka'b ibn Al-Ashraf was killed why? How come that

Brackets = Written words

EXHIBIT A3

TRANSCRIPT

THE DEFENSE OF THE PROPHET CAMPAIGN VIDEO

[illegible]

EXHIBIT A3

happened? What did Rasolullah (Arabic) say?
1:47 [Matt Stone] (Arabic) Rasolullah (Arabic) said:
2:08 [South Park Creator] "If he had calmed down like others who
follow his opinion — or are on the same opinion as his — have
2:18 calmed down [Trey Parker] he wouldn't have been
assassinated, but he has harmed us and he has defamed us
with his poetry. And none of you would do this except we would
deal with him with the sword." Rasolullah (Arabic) is
2:38 saying: There are many [South Park Creator] who have in
their hearts the same belief as Ka'b ibn Al-Ashraf — he
wasn't killed because of that. So he wasn't killed because
2:47 he hated the Rasulullah. [Ayaan Hirsi] He wasn't killed
because he hated the Muslims. No. There are many people
who have that disease in their hearts and we have left
them alone. (Arabic) "If he had calmed down like other
people calmed down we wouldn't have assassinated him. But
he spoke against us. He spoke against me. And he defamed me
with his poetry." And then he made it clear to the Yahud:
3:12 "If any ~~one~~ of you — you, Al-Yahud — [Theo Van Gogh] or
the Mushrikin, if any of you try to defame me through your words,
this will be the way we deal with you. There's nothing between
us and you except the sword. There will be no dialogue. There
will be no forgiveness. There will be no building of bridges. There
will be no attempts of reconciliation. There will only be the

sword between me and you."

3:38 [Theo Van Gogh After He Was Sent To Hell] And he made it very clear. And then he called them to come and sign a document in which they all state their agreement that they will not speak against him.

3:49 Ibn Taymiyyah says: (Arabic). Ibn Taymiyyah says: "And this is an evidence that harming Allah and His Messenger

4:13 [Salman Rushdie] a reason to encourage Muslims to kill whoever does that, even if they have a contract with the Muslims (Arabic)."

Even if there is a covenant, Ibn Taymiyyah, in his book, responds to some of the arguments and doubts that were placed against this hukm. So he used this story as an evidence to

4:34 refute those arguments. Then he said: (Arabic).

5:01 Some people try to twist the meaning of this hadith and say that Ka'b was killed because of him encouraging the disbelievers to fight against Muhammad (Arabic) and not because of his words.

Ibn Taymiyyah says: "No. He was killed because of his poetry which was even before he set out to go to Makkah. So it had nothing with him going to Makkah and encouraging them to fight the Muslims. It was specifically because of his poetry."

5:31 And then he says: (Arabic) [Kurt Westergaard]

6:05 He said: "Everything that Ibn Al-Ashraf did was harm by the tongue. His lamenting of the killed of the disbelievers, and his encouraging them to fight, and his cursing, and his defamation, and his putting down of the religion of Islam, and his preferring of the religion of the disbelievers —
6:34 all of this were words by the tongue [Lars Vilks]. and he did not do any thing — he did not do any thing that included physical fighting of the Muslims. And Ibn Al-Ashraf's all what he did was harm the Muslims with his tongue. And this is hujjah, and this is an evidence against anyone who would argue these issues. And it is clear that the harming of Allah and his Messenger by poetry and defamation — the blood of such a person is not protected by any means." (end of Al-Awlaki's speech)
7:04 Arabic singing [Join Us In This Campaign To Let Matt Stone ~~&~~ Trey Parker Know That... The Dust Will Never Settle Down]
7:48 [Re-Upload!]
7:57 END

[illegible]