http://www.foxnews.com/entertainment/2010/04/20/website-warns-south-park-creators-face-retribution-depicting-muhammad/ LOGIN

MENU                                                                                           Search foxnews.com

[FOX411] HOME     CELEBRITY NEWS     MOVIES     TV     MUSIC     STYLE     VIDEO

TV

# 'South Park' Creators Could Face Retribution for Depicting Muhammad, Website Warns



By Joshua Rhett Miller     11475     5
Published April 20, 2010
FoxNews.com



RevolutionMuslim.com posted a warning following the 200th episode of Trey Parker and Matt Stone's "South Park," which included a caricature of the Prophet Muhammad disguised in a bear suit. (SouthParkStudios.com)

A radical Islamic website is warning the creators of "South Park" that they could face violent retribution for depicting the Prophet Muhammad in a bear suit during an episode broadcast on Comedy Central last week.

RevolutionMuslim.com posted the warning following the 200th episode of Trey Parker and Matt Stone's "South Park," which included a caricature of the Prophet Muhammad disguised in a bear suit. The Web posting also included a graphic photo of Theo van Gogh, a Dutch filmmaker who was murdered in 2004 after making a documentary on violence against Muslim women.

"We have to warn Matt and Trey that what they are doing is stupid and they will probably wind up like Theo Van Gogh for airing this show," the posting reads. "This is not a threat, but a warning of the reality of what will likely happen to them."

Reaching by phone early Tuesday, Abu Talhah al Amrikee, the author of the post, said he wrote the entry to "raise awareness." He said the grisly photograph of van Gogh was meant to "explain the severity" of what Parker and Stone did by mocking Muhammad.

"It's not a threat, but it really is a likely outcome," al Amrikee said, referring to the possibility that Parker and Stone could be murdered for mocking Muhammad. "They're going to be basically on a list in the back of the minds of a large number

EXHIBIT A

of Muslims. It's just the reality."
http://www.foxnews.com/entertainment/2010/04/20/website-warns-south-park-creators-face-retribution-depicting-muhammad/

Al Amrikee said the website is considering a protest against the "disgusting" show, which also depicted the Prophet Muhammad in an episode on July 4, 2001.

"This is not a small thing," he said. "We should do whatever we can to make sure it does not happen again."

The posting on RevolutionMuslim.com also includes audio of a sermon by Anwar al-Awlaki -- a radical U.S.-born preacher now believed to be hiding in Yemen -- who discusses assassinating individuals who defame the Prophet Muhammad. It also included a link to a 2009 story in the Huffington Post that gave details of Stone and Parker's mansion in Colorado.

A Comedy Central spokesman told FoxNews.com that the network has no comment on the posting.



RM 7-23-2010 South Park postings.avi - VLC media player

Media Playback Audio Video Subtitle Tools View Help

Revolution Muslim: 'South Park' Episode Altered After Muslim Group's Warning - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.revolutionmuslim.com/2010/04/south-park-episode-altered-after-muslim.html

Most Visited Getting Started Latest Headlines Keep It! Keep It!

Revolution Muslim: 'South Park' Epis...

** Global conference ** Ghazwatal Washington **

PALTALK ROOM - AUTHENTIC TAWHEED - SHAIKH FAISAL

a community by paltalk

Authentic Tawheed

The power of community brought to you by paltalk

Learn More >

loading video chat room ...

Explore 5000+ Chat Rooms

CONTACT US

This site is best viewed using Firefox

WEDNESDAY, APRIL 28, 2010

## 'South Park' Episode Altered After Muslim Group's Warning

By DAVE ITZKOFF New York Times

Published: April 22, 2010

"South Park," the Comedy Central series, is an animated show that tries its best to push buttons and the boundaries of free speech by mocking every high-profile target in sight, from Hollywood celebrities to religious figures. But its creators may have gotten more than they bargained for with two recent episodes that satirized the Prophet Muhammad – one that elicited an ominous message from an Islamic group based in New York, and one that was censored by the cable network that shows it.

On April 14 Comedy Central broadcast the 200th episode of "South Park," a cartoon that Trey Parker and Matt Stonehave produced for that channel since 1997. In honor of the occasion, Mr. Parker and Mr. Stone populated the episode with nearly all the famous people their show has lampooned in its history, including celebrities like Tom Cruise and Barbra Streisand, as well as major religious figures, like Moses, Jesus and Buddha.

Cognizant that Islam forbids the depiction of its holiest prophet, Mr. Stone and Mr. Parker showed their "South Park" characters agonizing over how to bring Muhammad to their fictional Colorado town. At first the character said to be Muhammad is confined to a U-Haul trailer, and is heard speaking but is not shown. Later in the episode the character is let out of the trailer, dressed in a bear costume.

The next day the "South Park" episode was criticized by the group Revolution Muslim in a post at its Web site,revolutionmuslim.com. The post, written by a member named Abu Talhah Al-Amrikee, said the episode "outright insulted" the prophet, adding: "We have to warn Matt and Trey that what they are doing is stupid, and they will probably wind up like Theo van Gogh for airing this show. This is not a threat, but a warning of the reality of what will likely happen to them."

Mr. van Gogh, a Dutch filmmaker and a critic of religions including Islam, was killed by an Islamic militant in Amsterdam in 2004 after he

Transferring data from express.paltalk.com...

12:22 PM 7/23/2010

04:10 04:41

EXHIBIT