

RM 7-23-2010 South Park postings.avi - VLC media player

Media Playback Audio Video Subtitle Tools View Help

Revolution Muslim: 'South Park' Episode Altered After Muslim Group's Warning - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.revolutionmuslim.com/2010/04/south-park-episode-altered-after-muslim.html

Most Visited Getting Started Latest Headlines Keep It! Keep It!

Revolution Muslim: 'South Park' Epis...

Share Report Abuse Next Blog» Create Blog Sign In

About Us Home * Kitab Al-Kharaj * *Kitab Al-Arsh* Our Muslim Prisoners ( Campaigns ) Abu Najm *Hadith Terminology

** Global conference ** Ghazwatal Washington **

PALTALK ROOM - AUTHENTIC TAWHEED - SHAIKH FAISAL

a community by paltalk
Authentic Tawheed
The power of community brought to you by paltalk

WEDNESDAY, APRIL 28, 2010

'South Park' Episode Altered After Muslim Group's Warning

By DAVE ITZKOFF New York Times

Published: April 22, 2010

"South Park," the Comedy Central series, is an animated show that tries its best to push buttons and the boundaries of free speech by mocking every high-profile target in sight, from Hollywood celebrities to religious figures. But its creators may have gotten more than they bargained for with two recent episodes that satirized the Prophet Muhammad — one that elicited an ominous message from an Islamic group based in New York, and one that was censored by the cable network that shows it.

On April 14 Comedy Central broadcast the 200th episode of "South Park," a cartoon that Trey Parker and Matt Stonehave produced for that channel since 1997. In honor of the occasion, Mr. Parker and Mr. Stone populated the episode with nearly all the famous people their show has lampooned in its history, including celebrities like Tom Cruise and Barbra Streisand, as well as major religious figures, like Moses, Jesus and Buddha.

Done

12:22 PM 7/23/2010

04:05 04:41

EXHIBIT B



3

EXHIBIT



4

EXHIBIT



RM 7-23-2010 South Park postings.avi - VLC media player

Media Playback Audio Video Subtitle Tools View Help

Revolution Muslim: 'South Park' Episode Altered After Muslim Group's Warning - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.revolutionmuslim.com/2010/04/south-park-episode-altered-after-muslim.html

Most Visited Getting Started Latest Headlines Keep It! Keep It!

Revolution Muslim: 'South Park' Epis...

BLOG ARCHIVE

- 2010 (574)
  - July (144)
  - June (164)
  - May (220)
  - April (46)
    - Pdf - Kittab al Arsh - Imam Dhahaabi
    - Who's Afraid of the Free Speech Fundamentalists?: ...
    - Kitab-Al Arsh Paltalk Discussion with Abu Najm Muh...
    - Ten Useless Matters - Ibn Qayyim al-Jawzi
    - Chomsky: What's At Stake in the Issue of Iran
    - Pakistan moved 100,000 soldiers from its border wi...
    - Hezbollah and the modern history of Lebanon
    - Remember Lail Masjid - and the Sisters of Izza and...
    - Release from Leadership of Shabaab April 2010 ...

cartoons satirizing Muhammad, it was not given the same latitude: a character said to be Muhammad was concealed behind a large black box labeled "CENSORED." The measure was taken by the "South Park" producers partly at the insistence of Comedy Central, and partly as a commentary on the network's policy of not allowing them to show the character, which the episode equated with giving in to the demands of extremists.

In a new episode of "South Park" broadcast Wednesday on Comedy Central, Mr. Parker and Mr. Stone exercised a degree of self-censorship. In continuing the previous week's story line about the Prophet Muhammad, that character was hidden underneath a "CENSORED" graphic, and an audio bleep was heard when his name was said.

But in a message that appeared Thursday morning on SouthParkStudios.com, the Web site of Mr. Stone and Mr. Parker's company, the studio said that Comedy Central had imposed further changes to the show.

"After we delivered the show, and prior to broadcast, Comedy Central placed numerous additional audio bleeps throughout the episode," the message said. It added that the network was not allowing the episode to be streamed on the Web site, where "South Park" shows generally appear after they are broadcast on Comedy Central.

A spokesman for Comedy Central confirmed on Thursday that the network had added more bleeps to the episode than were in the version delivered by South Park Studios, and that it was not permitting the episode to be shown on the studio's Web site. Comedy Central did not broadcast a repeat of the new "South Park" episode at midnight as it usually does, and instead showed a previous episode from this season. The channel was scheduled to do the same Thursday night.

Comedy Central declined to comment on the Revolution Muslim blog post or say if it was taking any precautions because of it.

In a statement, Mr. Parker and Mr. Stone wrote: "In the 14 years we've been doing 'South Park' we have never done a show that we couldn't stand behind. We delivered our version of the show to Comedy Central, and they made a determination to alter the episode."

The episode was to end with a speech "about intimidation and fear," Mr. Parker and Mr. Stone wrote, adding, "It didn't mention Muhammad at all but it got bleeped too."

Transferring data from express.paltalk.com...

12:22 PM 7/23/2010

04:21 04:41

EXHIBIT



RM 7-23-2010 South Park postings.avi - VLC media player

Media Playback Audio Video Subtitle Tools View Help

Revolution Muslim: 'South Park' Episode Altered After Muslim Group's Warning - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.revolutionmuslim.com/2010/04/south-park-episode-altered-after-muslim.html

Most Visited Getting Started Latest Headlines Keep It! Keep It!

Revolution Muslim: 'South Park' Epis...

In a statement, Mr. Parker and Mr. Stone wrote: "In the 14 years we've been doing 'South Park' we have never done a show that we couldn't stand behind. We delivered our version of the show to Comedy Central, and they made a determination to alter the episode."

The episode was to end with a speech "about intimidation and fear," Mr. Parker and Mr. Stone wrote, adding, "It didn't mention Muhammad at all but it got bleeped too."

They continued, "We'll be back next week with a whole new show about something completely different, and we'll see what happens to it."

POSTED BY REVOLUTION MUSLIM

REACTIONS: JazakAllah (0) Allahu Akbar (0) Remove (0)

**0 COMMENTS:**

Post a Comment

Newer Post Home Older Post

Subscribe to: Post Comments (Atom)

- history of Lebanon
- Remember Lail Masjid - and the Sisters of Izza and...
- Release from Leadership of Shabaab April, 2010
- Pakistan Taliban chief Hakimullah Mehsud is alive,...
- Marked Milestones - Introducing new Paltalk Initia...
- Shaikh Faisal - Exposing the Hypocrites
- Tafseer Surah Teen
- Shaikh Abu Yahya - Quraidha and America
- Democracy Now covers Fahad's Guilty Plea
- Unpaid Somali soldiers desert to insurgency
- William K. Black on Bill Moyers Journal
- Clarifying the South Park Response and Calling on ...
- Watch CBS News Videos Online We have received a hi...
- Mustapha Labri - a missing

Transferring data from express.paltalk.com...

12:22 PM 7/23/2010

04:25 04:41

6

EXHIBIT