

al faloja 6-8-2010.avi - VLC media player
Media Playback Audio Video Subtitle Tools View Help
al-faloja's English Section - منتديات الفلوجة الإسلامية - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://www.alfaloja.net/vb/forumdisplay.php?f=44
Most Visited Getting Started Latest Headlines Keep It! Keep It!
al-faloja's English Section - منتديات ...
لا إله إلا الله
AL-FALLUJAH ISLAMIC FORUMS
وإن دولـة الإسـلام باقـيــة لأنها بنيت من أشلاء الشهداء ورويت بدمائهم وبها انعقد سوق الجنة باقــيــة لأن توفيق الله في هذا الجهاد أظهر من الشمس في ك
أخر الأخبار والإصدارات
تنظيم قاعدة الجهاد - القيادة العامة / بيانٌ حول استشهاد الشيخ البطل مصطفى أبو اليزيد رحمه الله
تنظيم قاعدة الجهاد
القيادة العامة
Done
6:13 PM
6/8/2010
00:01
02:45

EXHIBIT A11



al faloja 6-8-2010.avi - VLC media player
Media Playback Audio Video Subtitle Tools View Help
al-faloja's English Section - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://www.alfaloja.net/vb/forumdisplay.php?f=44
Most Visited Getting Started Latest Headlines Keep It! Keep It!
al-faloja's English Section
[ ( فـكّـوا الـعـانـي ) ]
كلمة صوتية
لِلشَّيْخِ / أَبِي سُفْيَانَ الأَزْدِيّ - سَعِيدِ الشَّهْرِيّ - حَفِظَهُ الله
الآن :: كـتـائـب عـبـد الـلـه عـزام ::
كتائب عبد الله عزام
[ بيان مضى الشيخ سعيدٌ تجهلُ فضلَه أمَّتُه تقبله الله ]
تنظيم القاعدة ببلاد المغرب الإسلامي / تكذيب استسلام الأخوين أبي العباس و أبي النعمان
عاجل// قريبا بإذن الله // رسالة إلى الشعب الفرنسي [ من المستشار الأمني الأسير دوتي ألاكس ]
رسالة إلى الشعب الفرنسي
Message Aux francais
Done
6:13 PM
6/8/2010
00:06
02:45

EXHIBIT

al faloja 6-8-2010.avi - VLC media player
Media Playback Audio Video Subtitle Tools View Help
File Edit View History Bookmarks Tools Help
http://www.alfaloja.net/vb/forumdisplay.php?f=44
Most Visited Getting Started Latest Headlines Keep It! Keep It!
تنظيم القاعدة ببلاد المغرب الإسلامي / تكذيب استسلام الأخوين:أبي العباس و أبي النعمان
عاجل// قريبا بإذن الله // رسالة إلى الشعب الفرنسي [ من المستشار الأمني الأسير دوني ألاكس ]
رسالة إلى الشعب الفرنسي
Message Aux français
قريبًا بإذن الله
Bientôt
رسالة إلى الشعب الفرنسي
Message Aux français
من المستشار الأمني الأسير دوني ألاكس
Du Prisonnier conseiller en securite Denis Allex
قريبًا بإذن الله
Bientôt
الجبهة الإعلامية :: هزيمة نكراء لجند الصليب و مليشيات الردة في ملحمة بطولية بأحياء محافظة شبس
Done
6:13 PM
6/8/2010
00:11
02:45

EXHIBIT

al faloja 6-8-2010.avi - VLC media player
Media Playback Audio Video Subtitle Tools View Help
al-faloja's English Section - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://www.alfaloja.net/vb/forumdisplay.php?f=44
Most Visited Getting Started Latest Headlines Keep It! Keep It!
al-faloja's English Section
الجبهة الإعلامية :: هزيمة نكراء لجند الصليب و مليشيات الردة في ملحمة بطولية بأحياء محافظة شبس
بثلاث لغات
( العربية - الأوردية - البراهويه )
. شُهداء (هلمند - زابل )
بثلاث لغات
( العربية - الأوردية - البراهويه )
الجبهة الإعلامية الإسلامية العالمية
Done
6:13 PM
6/3/2010
00:15
02:45

EXHIBIT

al faloja 6-8-2010.avi - VLC media player
Media Playback Audio Video Subtitle Tools View Help
File Edit View History Bookmarks Tools Help
http://www.alfaloja.net/vb/forumdisplay.php?f=44
Most Visited Getting Started Latest Headlines Keep It! Keep It!
تقدم ...
شُهداء (هلمند - زابل )
بثلاث لغات
( العربية - الأوردية - البراهويه )
بالاوردو:: السحاب :: تقدم :: [ الديمقراطية الصنم العصري - للشيخ/ أبي يحيى الليبي ]
As-Sahab
Done
6:14 PM
6/8/2010
00:20
02:45

EXHIBIT



al faloja 6-8-2010.avi - VLC media player
Media Playback Audio Video Subtitle Tools View Help
http://www.alfaloja.net/vb/forumdisplay.php?f=44
Most Visited Getting Started Latest Headlines Keep It! Keep It!
بالأوردو
[ الديمقراطية....الصنم العصري ]
للشيخ المجاهد / أبي يحيى الليبي حفظه الله
[كمين على قوات التحالف الصليبي - ولاية كنر ]
Done
6:14 PM
6/8/2010
00:32
02:45

EXHIBIT



al faloja 6-8-2010.avi - VLC media player
Media Playback Audio Video Subtitle Tools View Help
al-faloja's English Section - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://www.alfaloja.net/vb/forumdisplay.php?f=44
Most Visited Getting Started Latest Headlines Keep It! Keep It!
مؤسسة الكتائب للإنتاج الإعلامي تقدم
بيان// شبكة الفلوجة الإسلامية بشأن استشهاد القائد الشيخ البطل مصطفى أبي اليزيد رحمه الله
بشرى :: إعلان فتح باب التسجيل في المنتدى حتى إشعار آخر
تحذير // من التعامل مع موقع أرشيف الجهاد المزور
بيان // مركز البلاغ بخصوص إستشهاد القائد مصطفى أبي اليزيد تقبله الله في الشهداء
بشرى سارة روابط جديدة لمنتديات الفلوجة الإسلامية
Done
6:14 PM
6/8/2010
00:37
02:45

7

EXHIBIT

al faloja 6-8-2010.avi - VLC media player

Media Playback Audio Video Subtitle Tools View Help

Jihadi Calls For 'Suspicious Bags' To Be Left Throughout DC and NYC - منتديات الفلوجة الإسلامية - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.alfaloja.net/vb/showthread.php?t=121234

Most Visited Getting Started Latest Headlines Keep It! Keep It!

Jihadi Calls For 'Suspicious Bags' To B...

أدوات الموضوع انواع عرض الموضوع

Abu Talxah al-Amrikii

عضو جديد

المشاركات: 5

Jihadi Calls For 'Suspicious Bags' To Be Left Throughout DC and NYC

.In sha'a Allah before reading the article, it should be noted that the article mentions that this type of thing *has* actually been successful

Quote: A recent internal FBI report warns federal, state and local authorities to be ***** for a potential new tool in the jihadi terror arsenal – the placing of suspicious, but harmless, bags in public places to inspire fear, disrupt public transportation and tie up police and bomb squads.

The so called "battle of suspicious bags" was encouraged by an unknown poster to a known jihadi website. On May 12th, the poster suggested an "invasions suspicious bags (sic)" in "the heart of Washington and New York," as the FBI's Washington Field Office Intelligence Division noted in its May 27th "Situational Information Report." The bags would contain not bombs, but innocuous items, a tactic that has been used by other political extremists in the U.S. in the recent past.

"The stated goal of the campaign," said the report, "was to exploit desensitization of first responders caused by response fatigue to suspicious, but harmless items."

The FBI report did not include the full **** of the jihadi forum post, but said "the poster suggested packing bags with innocuous items and placing them in public areas has the capability to occupy response assets and disrupt public infrastructure and transportation." The poster's credibility was not known,

Done

6:15 PM 6/8/2010

01:28 02:45

EXHIBIT





al faloja 6-8-2010.avi - VLC media player

Media Playback Audio Video Subtitle Tools View Help

Jihadi Calls For 'Suspicious Bags' To Be Left Throughout DC and NYC - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.alfaloja.net/vb/showthread.php?t=121234

Most Visited Getting Started Latest Headlines Keep It! Keep It!

Jihadi Calls For 'Suspicious Bags' To B...

suspicious bags (sic)" in "the heart of Washington and New York," as the FBI's Washington Field Office Intelligence Division noted in its May 27th "Situational Information Report." The bags would contain not bombs, but innocuous items, a tactic that has been used by other political extremists in the U.S. in the recent past.

"The stated goal of the campaign," said the report, "was to exploit desensitization of first responders caused by response fatigue to suspicious, but harmless items."

The FBI report did not include the full **** of the jihadi forum post, but said "the poster suggested packing bags with innocuous items and placing them in public areas has the capability to occupy response assets and disrupt public infrastructure and transportation." The poster's credibility was not known, according to the FBI, but the site where the information was posted was listed as a "known jihadi web site."

The information had also been shared among numerous law enforcement agencies in advance of the bulletin's circulation. The jihadi posting came within two weeks after an attempted car bombing in Times Square. The man charged in the case, Faisal Shahzad, has alleged link to Islamic fundamentalists overseas.

So far, no evidence of any "suspicious bag" campaign has been found in either Washington or New York.

In New York, there was a spike in calls to police about suspicious packages in the immediate aftermath of the May 1 Times Square bombing attempt, law enforcement officials said. During the week right after the failed attack there were 140 calls a day to the New York City Police Department of suspicious packages, compared with 90 per day in the week prior to the attack.

Done

6:15 PM 6/8/2010

01:43 02:45

a

EXHIBIT

al faloja 6-8-2010.avi - VLC media player
Media Playback Audio Video Subtitle Tools View Help
Jihadi Calls For 'Suspicious Bags' To Be Left Throughout DC and NYC - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://www.alfaloja.net/vb/showthread.php?t=121234
Most Visited Getting Started Latest Headlines Keep It! Keep It!
Jihadi Calls For 'Suspicious Bags' To B...
In New York, there was a spike in calls to police about suspicious packages in the immediate aftermath of the May 1 Times Square bombing attempt, law enforcement officials said. During the week right after the failed attack there were 140 calls a day to the New York City Police Department of suspicious packages, compared with 90 per day in the week prior to the attack.
The NYPD Bomb Squad was called out in force to investigate several items, including a cooler, a pizza box and a car with propane tanks in its back seat. Each incident, however, was unrelated to the others, and showed no signs of being part of an organized campaign, officials said.
Authorities told ABC that they were familiar with the tactic of sowing fear with suspicious bags, and there were telltale signs that could help them establish whether such a campaign was underway. Anarchists have used the tactic in the U.S. with some success, at venues such as the 2000 Philadelphia Republican Convention, where hoax bomb knapsacks including some with messages were left at or near the convention.
The threat of another such campaign was also investigated prior to the Republican Convention in New York in 2004 and authorities trained for a variety of potential responses.
The FBI's Washington Field Office included the information on the jihadi posting in what has become an annual event -- the circulation of a report reminding authorities that "Summer Tourist Season Increases the Potential for Terrorist Threats."
"Washington DC and the National Capital Region (NCR) remain primary targets for Extremists, particularly during the summer tourist season, " this year's report states. The possibility of a suspicious bag campaign was at the top of a list of "indicators to assist in detecting potential terrorist activity."
Done
6:15 PM
6/8/2010
01:48
02:45

EXHIBIT



al faloja 6-8-2010.avi - VLC media player

Media Playback Audio Video Subtitle Tools View Help

Jihadi Calls For 'Suspicious Bags' To Be Left Throughout DC and NYC - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.alfaloja.net/vb/showthread.php?t=121234

Most Visited Getting Started Latest Headlines Keep It! Keep It!

Jihadi Calls For 'Suspicious Bags' To B...

The NYPD Bomb Squad was called out in force to investigate several items, including a cooler, a pizza box and a car with propane tanks in its back seat. Each incident, however, was unrelated to the others, and showed no signs of being part of an organized campaign, officials said.

Authorities told ABC that they were familiar with the tactic of sowing fear with suspicious bags, and there were telltale signs that could help them establish whether such a campaign was underway. Anarchists have used the tactic in the U.S. with some success, at venues such as the 2000 Philadelphia Republican Convention, where hoax bomb knapsacks including some with messages were left at or near the convention.

The threat of another such campaign was also investigated prior to the Republican Convention in New York in 2004 and authorities trained for a variety of potential responses.

The FBI's Washington Field Office included the information on the jihadi posting in what has become an annual event -- the circulation of a report reminding authorities that "Summer Tourist Season Increases the Potential for Terrorist Threats."

"Washington DC and the National Capital Region (NCR) remain primary targets for Extremists, particularly during the summer tourist season, " this year's report states. The possibility of a suspicious bag campaign was at the top of a list of "indicators to assist in detecting potential terrorist activity."

The FBI's Washington Field Office declined to discuss the issues raised in the "Situational Information Report.

Done

6:15 PM
6/8/2010

01:53 02:45

EXHIBIT

al faloja 6-8-2010.avi - VLC media player

Media Playback Audio Video Subtitle Tools View Help

Jihadi Calls For 'Suspicious Bags' To Be Left Throughout DC and NYC - منتديات الفلوجة الإسلامية - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.alfaloja.net/vb/showthread.php?t=121234

Most Visited Getting Started Latest Headlines Keep It! Keep It!

Jihadi Calls For 'Suspicious Bags' To B...

when an bag or other object might be suspicious.

Said Special Agent Richard Kolko, spokesman for the FBI's New York Field Office, "Our Bomb Techs recently had a training class for FBI personnel from New York and several other field offices to educate them on how to identify suspicious packages, or routine items in order to help recognize what may or may not be potentially dangerous. This helps cut down on the calls for items that just don't warrant sending out the bomb squad and provides the agents on the street additional situational awareness as they go about their daily duties."

.Kolko noted that this training class was not related to the Washington Field Office report or to the jihadi posting

One has to wonder if they can differentiate between a bomb and bag of flower or something like that. What are they supposed to do if someone has a Zip-lock bag of flour, some electronics equipment, and a couple of completely legal fireworks in their bag. That would probably look an awful lot like PETN wired up to something, and none of that is illegal. Is there any potential crime here? One could probably just look around aimlessly at the location of the bag as a defense .for having "forgot" it

منتديات الفلوجة الإسلامية > المنتديات العامة > al-faloja's English Section

« الموضوع السابق | الموضوع التالي »

لا تستطيع إضافة مواضيع جديدة
لا تستطيع الرد على المواضيع
لا تستطيع إرفاق ملفات
لا تستطيع تعديل مشاركاتك

BB code is متاحة

Done

6:15 PM 6/8/2010

01:55 02:45

EXHIBIT

