```
TRULINCS 76715083 - CHESSER, ZACHARY ADAM - Unit: MAR-I-A
---------------------------------------------------------------------
FROM: 76715083
TO: Mizer, Brian; Nachmanoff, Michael
SUBJECT: CDS?
DATE: 04/18/2012 06:30:27 PM
```

In the Name of Allaah, the All-Merciful, the Most Merciful,

I am writing to inquire as to what is being done about getting me the CDs? The prison staff claim they have not heard anything. I have deadlines to do things if I am going to do anything, and there are still major things which I cannot even verify the basic elements which I pled guilty to such as that bomb-making material charge as I have never even read one page of the document that supposedly had it.

Please respond as soon as possible.

Thank you

EXHIBIT A13