http://www.thesundayleader.lk/2010/04/25/american-television-depicts-buddha-snorting-cocaine/comment-page-1/

- Stay Connected
- / Saturday, December 26, 2015

Search in site...



- Home
- News
- Investigation
- Politics
- Opinion
- Features
- Business
- Weekend Leader
- Sports

- ABOUT US
- CONTACT US
- ARCHIVES
- COMMENTS

# American Television Depicts Buddha Snorting Cocaine



*By Michael Hardy*

EXHIBIT B

http://www.thesundayleader.lk/2010/04/25/american-television-depicts-buddha-snorting-cocaine/comment-page-1/

The Sunday Leader has uncovered a shocking new example of the West's contempt for Buddhist culture and values. On two recent episodes of the popular American television show South Park, the Lord Buddha is depicted as a drug addict, graphically snorting several lines of cocaine. When contacted by The Sunday Leader, Ministry of Religious Affairs and Moral Uplift Secretary H. M. Herath expressed his indignation over the show's contents.

"We are going to forward this to the responsible authorities," Herath vowed. "We will take it to the Sangha and to the Buddhist Congress. This is defamation to every religion. It is a crime and hurts others' beliefs, which shouldn't be done by any person. We should respect other people's beliefs."

When asked what action the Ministry of Religious Affairs would take, Herath said that he would "ban the show, and even the entire TV series from coming to Sri Lanka."

However, Herath would not say whether he would attempt to prevent the sale of South Park DVDs, which are widely available in Colombo.

The Sunday Leader has learned that Lord Buddha is a recurring character on South Park. He is portrayed as member of the "Super Best Friends," along with Jesus, Lord Krishna, Lao Tzu, and other religious leaders. In the television show's 200th episode last week, the Super Friends defend the fictional town of South Park, Colorado against a class-action lawsuit by a group of Hollywood celebrities led by Tom Cruise. Cruise promises to end the lawsuit if he can meet the Prophet Muhammad, but the people of South Park are afraid that if Muhammad visits their village there will be a terrorist attack. The show later depicts Muhammad in a bear costume. In previous episodes, the show depicted Muhammad directly, sparking Muslim anger.

In a scene likely to offend Buddhists all over the world, the show depicts Jesus scolding the Buddha for his drug abuse. The Buddha takes a rolled-up dollar bill and snorts several white lines of cocaine off the table.

"Buddha, don't do coke in front of kids!" Jesus tells him.

In the most recent episode, the Buddha is again seen snorting lines of cocaine. Jesus tells him that his drug addiction is becoming a problem. The Buddha responds by pointing out that Jesus is watching internet porn. Jesus then says "Internet porn isn't the same as doing coke, fag!" One can only wonder what religious people are to make of Jesus calling the Buddha a homosexual.

The two episodes, which were seen by 3.3 million viewers, have provoked criticism across the world, especially from Muslim groups who object to any representation of Muhammad. On the website Revolution Muslim, Abu Talheh al Amrikee warned the creators of South Park, Trey Parker and Matt Stone, that they "will probably wind up like Theo Van Gogh for airing this show." Filmmaker Van Gogh was murdered in 2004 in Amsterdam after making a documentary on violence against women in Islamic societies.

South Park, which has been on television since 1997, is seen all over the world through cable television and DVD sets. It used to be shown on the cable channel VH1 in Sri Lanka, but is now off the air.

Like  ⟨ 59 ⟩   G+1   0

## 107 Comments for "American Television Depicts Buddha Snorting Cocaine"

Prev  |  1  2  3  4  5  ...  9   Next

1.
   _jehanlive_
   Apr 25, 2010 - 2:55 am

   The author of this article seems to be only concerned about Lord Buddha being mocked in South Park. South Park has mocked at every single religious figure for over a decade. Although I dont think it is a nice thing, I find this article very provocative.
   Come on get real, its not just Buddha who is mocked at, in the west. Jesus is mocked more often than anyone else. Just like Lord Buddha takes Cocaine, Jesus himself watches porn (note more than 70% Americans are Christians). I think we Sri Lankans need to be more tolerant and not lose our temper by articles such as these, which reflects some parties' petty interests in seeing our society turn anti west.

# ELECTRONIC FRONTIER FOUNDATION
## DEFENDING YOUR RIGHTS IN THE DIGITAL WORLD

SEARCH

APRIL 28, 2010 | BY KURT OPSAHL

# Facebook's Eroding Privacy Policy: A Timeline

Since its incorporation just over five years ago, Facebook has undergone a remarkable transformation. When it started, it was a private space for communication with a group of your choice. Soon, it transformed into a platform where much of your information is public by default. Today, it has become a platform where you have no choice but to make certain information public, and this public information may be shared by Facebook with its partner websites and used to target ads.

To help illustrate Facebook's shift away from privacy, we have highlighted some excerpts from Facebook's privacy policies over the years. Watch closely as your privacy disappears, one small change at a time!

Facebook Privacy Policy circa 2005:

> No personal information that you submit to Thefacebook will be available to any user of the Web Site who does not belong to at least one of the groups specified by you in your privacy settings.

Facebook Privacy Policy circa 2006:

> We understand you may not want everyone in the world to have the information you share on Facebook; that is why we give you control of your information. Our default privacy settings limit the information displayed in your profile to your school, your specified local area, and other reasonable community limitations that we tell you about.

Facebook Privacy Policy circa 2007:

> Profile information you submit to Facebook will be available to users of Facebook who belong to at least one of the networks you allow to access the information through your privacy settings (e.g., school, geography, friends of friends). Your name, school name, and profile picture thumbnail will be available in search results across the Facebook network unless you alter your privacy settings.

Facebook Privacy Policy circa November 2009:

## Donate to EFF

## Stay in Touch

Email Address

Postal Code (optional)

SIGN UP NOW

## NSA Spying

 eff.org/nsa-spying

EFF is leading the fight against the NSA's illegal mass surveillance program. Learn more about what the program is, how it works, and what you can do.

## Follow EFF

Mass surveillance didn't start with 9/11. Amazing history of Echelon reporting by @dcampbell_iptv: https://eff.org/r.84kk #longreads

AUG 4 @ 9:37AM

We're in Las Vegas for some of the world's most renowned computer security events. Check out what we're doing: eff.org/LasVegas2015

AUG 3 @ 9:11PM

MPAA seeks website blocking with one court order to bind every Internet company. https://eff.org/r.unil #SOPApower

AUG 3 @ 3:43PM

Twitter   Facebook   Identi.ca

## Projects

EXHIBIT E

Bloggers' Rights

Coders' Rights

Follow EFF

Free Speech Weak Links

Global Chokepoints

HTTPS Everywhere

Manila Principles

Medical Privacy Project

Open Wireless Movement

Patent Busting

Student Activism

Surveillance Self-Defense

Takedown Hall of Shame

Teaching Copyright

Transparency Project

Trolling Effects

Ways To Help

Facebook is designed to make it easy for you to share your information with anyone you want. You decide how much information you feel comfortable sharing on Facebook and you control how it is distributed through your privacy settings. You should review the default privacy settings and change them if necessary to reflect your preferences. You should also consider your settings whenever you share information. ...

Information set to "everyone" is publicly available information, may be accessed by everyone on the Internet (including people not logged into Facebook), is subject to indexing by third party search engines, may be associated with you outside of Facebook (such as when you visit other sites on the internet), and may be imported and exported by us and others without privacy limitations. The default privacy setting for certain types of information you post on Facebook is set to "everyone." You can review and change the default settings in your privacy settings.

Facebook Privacy Policy circa December 2009:

Certain categories of information such as your name, profile photo, list of friends and pages you are a fan of, gender, geographic region, and networks you belong to are considered publicly available to everyone, including Facebook-enhanced applications, and therefore do not have privacy settings. You can, however, limit the ability of others to find this information through search using your search priv  :ings.

diaspora

Current Facebook Privacy Policy, as of April 2010:

When you connect with an application or website it will have access to General Information about you. The term General Information includes your and your friends' names, profile pictures, gender, user IDs, connections, and any content shared using the Everyone privacy setting. ... The default privacy setting for certain types of information you post on Facebook is set to "everyone." ... Because it takes two to connect, your privacy settings only control who can see the connection on your profile page. If you are uncomfortable with the connection being publicly available, you should consider removing (or not making) the connection.

Viewed together, the successive policies tell a clear story. Facebook originally earned its core base of users by offering them simple and powerful controls over their personal information. As Facebook grew larger and became more important, it could have chosen to maintain or improve those controls. Instead, it's slowly but surely helped itself — and its advertising and business partners — to more and more of its users' information, while limiting the users' options to control their own information.

Privacy    Terms Of (Ab)Use    Social Networks

## MORE DEEPLINKS POSTS LIKE THIS

DECEMBER 2009
Facebook's New Privacy Changes: The Good, The Bad, and The Ugly

MAY 2010
Facebook's New Privacy Improvements Are a Positive Step, But There's Still More Work to Be Done

## RECENT DEEPLINKS POSTS

AUG 3, 2015
Movie Studios Seek SOPA Power Through Broad Site-Blocking Order

AUG 3, 2015
EFF Tells Federal Appeals Court: Google Subpoena Threatens Online Speech and Innovation

How to Get More Privacy From Facebook's
New Privacy Controls

The Endless Summer of Hacker
Conferences

MAY 2010

Six Things You Need to Know About
Facebook Connections

AUG 3, 2015

Hacking Team Leaks Confirm What Arab
Privacy Advocates Already Knew

APRIL 2010

A Handy Facebook-to-English Translator

AUG 3, 2015

Lev Stalker, o Cómo El Gobierno Legalizó
La Vigilancia Masiva a Peruanos Inocentes

## DEEPLINKS TOPICS

Fair Use and Intellectual Property: Defending the Balance
Free Speech
Innovation
International
Know Your Rights
Privacy
Trade Agreements and Digital Rights
Security
State-Sponsored Malware
Abortion Reporting
Analog Hole
Anonymity
Anti-Counterfeiting Trade Agreement
Biometrics
Bloggers' Rights
Broadcast Flag
Broadcasting Treaty
CALEA
Cell Tracking
Coders' Rights Project
Computer Fraud And Abuse Act Reform
Content Blocking
Copyright Trolls
Council of Europe
Cyber Security Legislation
CyberSLAPP
Defend Your Right to Repair!
Defending Digital Voices
Development Agenda
Digital Books
Digital Radio
Digital Video
DMCA
DMCA Rulemaking

Do Not Track
DRM
E-Voting Rights
EFF Europe
Encrypting the Web
Export Controls
FAQs for Lodsys Targets
File Sharing
Fixing Copyright? The 2013-2015 Copyright Review Process
FTAA
Genetic Information Privacy
Hollywood v. DVD
How Patents Hinder Innovation (Graphic)
ICANN
International Privacy Standards
Internet Governance Forum
Law Enforcement Access
Legislative Solutions for Patent Reform
Locational Privacy
Mandatory Data Retention
Mandatory National IDs and Biometric Databases
Mass Surveillance Technologies
Medical Privacy
National Security and Medical Information
National Security Letters
Net Neutrality
No Downtime for Free Speech
NSA Spying
OECD
Online Behavioral Tracking
Open Access
Open Wireless
Patent Busting Project
Patent Trolls

Patents
PATRIOT Act
Pen Trap
Policy Analysis
Printers
Public Health Reporting and Hospital Discharge Data
Reading Accessibility
Real ID
RFID
Search Engines
Search Incident to Arrest
Section 230 of the Communications Decency Act
Social Networks
SOPA/PIPA: Internet Blacklist Legislation
Student and Community Organizing
Surveillance and Human Rights
Surveillance Drones
Terms Of (Ab)Use
Test Your ISP
The "Six Strikes" Copyright Surveillance Machine
The Global Network Initiative
The Law and Medical Privacy
TPP's Copyright Trap
Trans-Pacific Partnership Agreement
Travel Screening
TRIPS
Trusted Computing
Video Games
Wikileaks
WIPO
Transparency
Uncategorized

Thanks | RSS Feeds | Copyright Policy | Privacy Policy | Contact EFF



TECHNOLOGY

# The Facebook Privacy Wars Heat Up

JARED KELLER
MAY 6, 2010

>When it comes to Facebook's privacy policies, Mark Zuckerberg is fighting an increasingly lonely fight.

Bloomberg reports that a group of 15 consumer groups filed complaints against Facebook with the Federal Trade Commission (FTC) late Wednesday. The filing comes barely a week after a group of U.S. Senators -- Chuck Schumer, Michael Bennet, Mark Begich, and Al Franken -- sent a letter to Facebook CEO Mark Zuckerberg expressing concern over "recent changes to the Facebook privacy policy and the use of personal data by third-party websites." Senator Schumer has also asked the FTC to establish guidelines for social networking sites. While tech journalists debated the necessity of such an effort, Facebook suffered yet another privacy glitch, releasing personal messages to unintended recipients.

These incidents are the latest in a long string of privacy-based controversies surrounding the social networking giant. Five Facebook users in California sued the company in August 2009 over "allegedly misappropriating their names, photos and private information." In March of this year, a San Jose federal judge ordered Facebook to pay a $9.5 million settlement to the plaintiffs of a class-action lawsuit concerning Facebook's "Beacon" program, which published information about what consumers were purchasing. As part of the settlement, the decision allocates $6 million to a "digital trust

EXHIBIT E

fund" that will go to organizations that study online privacy.

On Thursday, Macworld's Heather Kelly and Nick Mediati reported that users who visit certain sites while logged into Facebook have found pieces of software automatically (and surreptitiously) installed on their computers. According to Kelly and Mediati, "stopping it isn't as easy as checking a box in your privacy settings."

Facebook's recent privacy infringements may indicate an ongoing trend for the company. "Facebook may be in for the long haul on this one. It's bad enough that they have played so loosely with their users' privacy as of late but they can't seem to get out of their own way either," writes Frank Reed at Marketing Pilgrim. "Yesterday's screw-up around their chat feature further reveals just how suspect Facebook really is regarding privacy."

Zuckerberg, however, claims to be driven by external forces. During a January interview with Michael Arrington of TechCrunch, Zuckerberg asserted that Facebook's privacy changes -- making users' profiles, interests, and subscribed-to pages public to search engines -- were simply in response to "changing social norms":

> When we got started in my dorm room at Harvard, the questions a lot of people asked was "Why would I want to put any information on the Internet at all?" People have really gotten comfortable not only sharing more information and different kinds, but more openly and with more people, and that social norm is just something that has evolved over time. We view it as our role in the system to constantly be innovating and updating what our system is to reflect what the current social norms are.

Web and tech writers scoffed at Zuckerberg's claim: "It's especially sketchy that Zuckerberg's diagnosis of our Brave New World of diminishing privacy is utterly self-serving," wrote Derek Thompson in January. "The more information that Facebook users share, the more information Facebook can vacuum into whatever ad-based revenue stream they're debuting this quarter."

Changing social norms have not yet obviated privacy worries, as Zuckerman predicted. Facebook's introduction of its Open Graph API and "Like" button raised similar concerns among tech writers, but bloggers are not often a catalyst for corporate change. An FTC investigation, however, could prove more effective in shaking Zuckerberg's belief in the diminishing value of privacy.

## ABOUT THE AUTHOR

**JARED KELLER** is a journalist based in New York. He has written for *Bloomberg Businessweek*, *Pacific Standard*, and Al Jazeera America, and is a former associate editor for *The Atlantic*.

🐦 Twitter



Zachary A. Chesser - legal Mail
Reg. No. 76715-083
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

TO: Clerk's Office
401 Courthouse