# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

March 21, 2018

_____

SUPPLEMENTAL RECORD REQUEST

_____

No. 17-7432,   US v. Zachary Chesser
               1:10-cr-00395-LO-1, 1:15-cv-01602-LO

TO:   Fernando Galindo

Please transmit to this office a supplemental record in the above-referenced case, consisting of the following:

    Docket Entry #88, specifically the sealed or unredacted versions of Pages 6 and 21 of the Memorandum Opinion and Order of U.S. District Judge Liam O'Grady entered 08/21/2017.

If there is any problem with transmission of the supplemental record, please notify me.

Cathy Poulsen, Deputy Clerk
804-916-2704