IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:10-cr-395 |
| ZACHARY ADAM CHESSER, | Hon. Liam O'Grady |
| *Defendant.* | |

## ORDER

This matter comes before the Court on Defendant Zachary Adam Chesser's Motion to Order the Warden of ADX Florence to Allow the Defendant to Use Electronic Discovery and Pleadings in a 2255 (Dkt. 66). The Court ruled on Defendant's 2255 motion on August 21, 2017. Defendant's motion for electronic discovery (Dkt. 66) is therefore **DENIED AS MOOT**.

It is **SO ORDERED**.

April __ 2018  
Alexandria, Virginia

Liam O'Grady  
United States District Judge

1