FILED: July 16, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7432
(1:10-cr-00395-LO-1)
(1:15-cv-01602-LO)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ZACHARY ADAM CHESSER

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered May 22, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*