FILED: October 15, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-7432
(1:10-cr-00395-LO-1; 1:15-cv-01602-LO)

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

  v.

ZACHARY ADAM CHESSER,

  Defendant - Appellant.

O R D E R

Zachary Adam Chesser has filed a motion for reconsideration of the order denying as untimely his petition for rehearing and rehearing en banc. Upon reconsideration, the court grants the motion. The mandate is hereby recalled.

Having reviewed the petition, however, the court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Agee, and Senior Judge Shedd.

                              For the Court

                              <u>/s/ Patricia S. Connor, Clerk</u>