FILED: July 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-196
(1:10-cr-00395-LO-1)

In re: ZACHARY ADAM CHESSER

         Movant

O R D E R

For reasons appearing to the court, this case is placed in abeyance pending a decision by this court in *In re: Rendelman*, No. 23-257.

For the Court

/s/ Nwamaka Anowi, Clerk