IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Crim. No. 1:10-cr-395-LO-1

UNITED STATES OF AMERICA,

      Government,

V.

ZACHARY ADAM CHESSER
(Zakariyya ibn Dawud Al-Uglani),

      Human Being.



SEP - 9 2024

## Notice of Hunger Strike

As of 5:00 p.m., on August 30, 2024, I have been on hunger strike at United States Penitentiary Hazelton in Bruceton Mlills, West Virginia, and it is now September 3, 2024. Here is why I have decided to refuse to eat any food:

I am allergic to wheat and milk. I spent most of my life ignorant of this fact until I suddenly began experience numerous symptoms that would ultimately result in crippling pain in May or June of 2022. Even then, I remained ignorant of the cause of my various symptoms— or even the fact that they were related—until June 2023, because the Federal Bureau of Prisons refused to provide timely diagnostics or send me to see a

1

specialist who might accellerate that process, such as a rheumatologist (my primary complaint was about symptoms resembling arthritis). Even after diagnosing me, the BOP initially refused to approve a special wheat-free and dairy-free diet for me until June 2024. Because the BOP's various diets all derive such a large share of their calories from dairy and wheat that I would literally starve to death if I did not consume wheat and dairy, and because I can't afford much commissary, I had no choice but to eat food I'm allergic to for more than a year, enduring horrific symptoms that have left large permanent scars on my skin.

Eventually I convinced the Health Services Department to at least let me see a dietician. In April 2024, I saw the BOP's own dietician, who ordered a gluten-free/dairy-free/no-flesh diet for me (no-flesh being for religious reasons and my blood pressure) with a daily supplement of two gluten-free peanut butter sandwiches, which were meant to account for mistakes and inadequacies in preparing my diet.

2

It still took until June 2024 for the Health Services Department at USP Hazelton to approve this and until August 2024 for the Food Services Department to vaguely begin to partially comply with my diet. They have never once given me the supplement I'm supposed to get, have only actually followed my menu properly for three total meals (they put incarcerated people in charge of my meals and don't give them the menu, so I wind up with random food, as they try to guess what I can eat), have torn down a flier I sent the cooks so they'd more easily be able to find something I can eat, frequently just fail to even try to give me an adequate meal, and frequently provide me contaminated food I can't eat. Sometimes, I can see the contamination and avoid it. Other times, it will come from something like them putting bread on top of my food and removing it, rather than repreparing it, or cooking with margarine that contains milk for whatever reason. I figure this out when my symptoms increase. I cannot say "appear," because I haven't been able to escape these sorts of incidents enough to become symptom-free, and even accidentally

touching a single bread crumb or stray bit of cheese (not easy to avoid when you're forced to live in a cell with someone who, as is their right, eats wheat and dairy products) triggers a substantial reaction that can last days.

This is *not* what prompted my hunger strike, although the last twenty-seven months of my experiences certainly informed my decision. I learned about my allergies in the midst of two things I had to prioritize over my own health and suffering. Allah blessed me to uncover critical new understandings of the mechanics of Islamophobia which I believe could save numerous Muslim lives. Especially because my own actions prior to my arrest hurt nobody more than they hurt my fellow Muslim, and Islamophobia was the main vehicle through which I hurt them, I felt I could not prioritize myself over getting these ideas published. As the book containing these ideas is in the process of getting published, this no longer consumes my entire day. Second, a Supreme Court decision in June 2023 made very clear my speech on two of my charges was protected by the First Amendment. While I regret that

expression from numerous angles—albeit ones the government might be offended by — I also understand how my convictions were exploited to pathologize Muslim expression and that they and the broader public suffer when someone is imprisoned in America for protected speech. While my now-pending successive 2255 might also free me, the court will eventually, Allah willing, see that it is full of points and admissions no attorney would ever advise, due to how I prioritized justice for my Muslim victims over my own case for freedom. It will be obvious that I am more than willing to spend years of my life in prison in order to do fully what I believe is right, that I am the type of person who would put up with what is effectively torture in order to do justice by others. Yet, even when my schedule was free from these two burdens, all that I described did not push me to this point.

I was patient. I tried to work with staff. I was flexible and let them give me random, often inadequate meals. I was polite. I excused their mistakes. I would note to them

the issue, but I wouldn't even demand they fix it for that particular meal. Some of the staff have been hostile and have been total jerks about it, but some seem to be very sincere in their desire to get things right, even when that doesn't always happen. The BOP is chronically short of staff, and USP Hazelton is barely functioning. We are locked down for roughly half the usual out-of-cell hours we'd get, simply because they don't have enough staff to open the prison. Food Services staff have a particularly taxing and stressful job that is made more so by being in the context of a prison, especially now that we are in a period of catastrophic deterioration across the BOP. While there is individual blame to go around, that isn't my point. As someone who spends their entire day deconstructing power structures and identifying the causes of inequities, I am more likely to assume the real blame is on Congress and the President or society as a whole than to assign it to individual employees of the BOP. To me, the individual staff who are wronging me are also being wronged

by those who've created circumstances in which something as seemingly simple as an allergy diet becomes a seemingly insurmountable challenge. Because of this, I've deferred my own most basic rights to accommodate their own personal struggles.

To be clear, I do, in fact, view them as cogs in an oppressive system. I don't believe I have any sort of duty to defer my rights, nor do I even believe it is generally the moral thing to do when it validates an oppressive power structure, even if there is some sort of nexus of injustice inflicted upon the individuals who uphold it. And, if I sat down and deconstructed my choices, I would probably conclude my patience was immoral and unjustifiable. But I am, myself, a deeply flawed person. A "cog" is still a human. Perhaps with their own deep flaws. Probably the most catastrophic flaw of wokeism is its obsession with blaming random people for failing to spend hours and hours each day learning wokeism's most intricate details to know how to avoid contributing to massive oppressive power structures

instead of actually addressing power and injustice with power and justice. I am probably wrong, but my tendency with individual human beings is to make excuses for them until I can no longer excuse myself for that approach.

What prompted me to go on hunger strike was a lockdown, which began on August 27, 2024. Since that lockdown began, whatever informal structure or accountability that was previously at least making sure I did not starve has collapsed. I am only receiving about 130 to 500 calories per meal, and it is usually no more than 300. At least, these are the calories of the items I can eat or drink. And the total in a single day only once cleared 1,000. That is starvation territory. Literally. As in, if something did not change, I would eventually suffer permanent damage to my health. And then die. My alternative is torture.

When I consume wheat or dairy, the following happens to my body:

My cheeks swell up, sometimes to a point where, although all it does to my appearance is round out my face's natural gauntness, they wind

up pressed against my teeth so much that my teeth begin to cut them, even without me chewing or biting down. My tongue begins to feel extremely dry and painful, swollen tastebuds erupt all over. Blisters form on my inner lips and beneath my tongue, swell, and burst, leaving my mouth full of painful ulcers. Ultimately, it becomes hard to talk or eat.

I grow fatigued and my mental acuity and clarity suffers. As a writer, I am especially aware of the latter, as ideas and creative expression become too difficult to merge in a satisfactory way, so I have to set my passion aside for the day.

Throughout my entire body, my joints ache and burn. They start to creak. My toes begin to crack when I move them. All my joints become weak and frail. My fingers swell up and their natural motions and states of rest become disfigured as my pinky and ring finger start to curl, for whatever reason, toward my index and middle fingers much more than is normal or comfortable. This joint pain is often debilitating and occassionally, crippling,

especially when the weather is bad. At first, it hurts, but I function like someone within a decade or two of my actual age (thirty-four). Then, it reaches a point where I can still exercise but have to cut things short, because my joints (as opposed to my muscles) can't take it. And then I can't workout at all. And then it becomes extremely painful in my toes and hard to walk. And then I cannot write because my fingers hurt too much. And then I have to just lie down and read. And, then, finally, I cannot even turn the pages of a book. Before I knew I had food allergies, it often got this bad by the end of the day, and these symptoms are why I thought I must have arthritis and was pushing to see a rheumatologist for the first year of this ordeal. After, I managed to eliminate some wheat and milk and the symptoms were reduced by one notch. But even briefly touching a breadcrumb can push me pretty close to having to lie down.

Hives, however, are the worst. It didn't start out that way, but they keep getting more extreme. When I so much as touch a surface with

wheat or dairy residue, my face, ears, neck, shoulders and chest begin to itch. Usually, this is followed by the appearance of visible red bumps, especially if the contact is substantial or I eat contaminated food. This part certainly isn't fun, but, in retrospect, I think I've been going through this my entire life and never paid it much mind. It's getting worse, but these particular hives are the least of my symptoms. I was referring to a different set of hives: ones that occur on my genitals and in the region of my groin.

This isn't something I'm particularly comfortable writing about in a public space, and shyness has also been a factor in how I've confronted this issue more gently than I might, but I think it is necessary. For whatever dark reasons, we humans love to dismiss and belittle the physical suffering of others, especially when it is invisible—like joint pain—or the unit of suffering on its own—like an ulcer—cannot communicate the pain of many of those units, like six ulcers at once, in an effective way. The hives around my groin are a different story. They leave no room for doubt. For

11

this reason, I find it necessary to overcome that shyness. The point of this is to let this court and the citizens and politicians who oversee it goin a better perspective on what it truly means to sentence a man or woman to federal prison, especially in an era of catastrophic decay for the BOP.

When I am exposed to wheat or milk, large patches of inflamed flesh and itchy red bumps emerge on my genitals and groin. The itch is extreme and the hydrocortizone cream they allow us to buy on commissary does absolutely nothing. Next, this rash starts to burst open and fissures form in my skin. Fetid pus oozes out, stinking, clotting and forming sheets of scab-like adhesions over large areas of my skin. Itchiness becomes pain, which rivals the pain I felt when I previously got shingles in a similar, albeit not quite as horrific, region.
. After two years of these symptoms, in which the rash kept spreading and growing more severe each time it flared, I noticed some of my mottled red skin didn't go away, even when the itchiness and pain retreated. That mottled red flesh is scar tissue that now covers large patches of my

groin. This damage is now permanent, and I will live with it, unless Allah wills otherwise, for the remainder of my life.

Recently, the fissures in my skin have started to deepen and grow. In addition to oozing putrid-smelling pus, they have started to bleed. All it seemingly took to cause this was eating rice that had been cooked with margarine. While margarine might normally be something I can consume, the margarine USP Hazelton happens to use contains milk. Just a tiny amount of something I'm allergic to can cause my groin to erupt in hives and open sores that rip open and ooze pus and even blood. Which leave permanent scars upon my skin.

This rash gets so painful that I have to adjust my gait and walk at a careful pace to avoid the pain. In the beginning, my joint pain was the worst symptom. When numerous blisters began to erupt in my mouth, that, at least when it occurred, took over as the symptom which was most acute. But now it is this rash. And it keeps getting worse each time I get it.

Most of these symptoms last for days or weeks

at a time. Some have never fully gone away, like my finger swelling, so I'm not sure if this is permanent, if it is due to contact reactions I can't avoid while living in a cell with someone who eats wheat and dairy, or contamination I can't detect, or if it just needs more time. One of the nice things about being on hunger strike is that most of these symptoms are diminishing, even if they aren't vanishing, ~~but~~ contact reactions still cause them to flare each day.

The longevity of my symptoms has made it hard to learn about the precise characteristics of my allergies. From June 2022 to June 2023, I consumed wheat and dairy every single day, so I couldn't correlate my symptoms to particular foods. After learning about my allergies, I could sometimes acquire enough commissary I wasn't allergic to in order to make it through a few days without eating wheat or dairy, which helped me uncover new details. Unfortunately, my salary for teaching math is not enough to afford meaningful amounts of food, so this isn't a solution. I was making homemade "cheesecakes" (a poison approximation) and selling this food I'm allergic to in order to try to buy food I'm not allergic to, but one of my more

recent discoveries is the fact that I can't touch wheat or milk at all. I was trying to get around this with gloves, but I happened to be able to difinitively trace a significant flare up in which I was in a lot of pain to picking up a bread crumb, even though I immediately washed my hands. So my hustle is done, and I no longer have any way to cope with the prison's failures to provide me with adequate food. I'd done this just before the lockdown or I might have had stamps with which I could buy some food and might not have gone on hunger strike. I am still learning. It is only in the last month or so that the prison even started *trying* to accommodate me on some level, so I only just began moving toward a sort of "control" state against which I could correlate events and reactions. I had a lot of hope that it was simply the incredible volume of allergens I had to eat that was doing this to me, but, and Allah wills what He pleases, it is looking like I'm incredibly sensitive, instead, and getting worse.

　　One major concern I have is my organ health and my body's extreme chronic inflammation and apparent autoimmune response. The kind of inflammation

I have can significantly shorten a person's life through collateral diseases like cancer, strokes and heart failure. Also, my fairly atypical symptoms are more consistent with an autoimmune response, in some ways, than a normal allergic reaction. Are my immune cells attacking things more important than my skin, my mucus membranes and my joints? In the last year, I suddenly got hypertension and a heart murmur of some kind (which is still not yet diagnosed) and started to experience potentially serious cardiac symptoms. I haven't received word on my recent diagnostics, but this is certainly more troubling than even anguish from open sores around my groin. Are my heart symptoms related to my food allergies? Are they independent? I always had small cardiovascular issues, but they never manifested like what I've recently experienced. Might they be, instead, due to how I couldn't exercise how I used to because of my joint pain?

I still have a lot of questions, but this is the portrait as I currently know it to be.

Since this lockdown began, I haven't once received my supplement (nor have I ever received it). I haven't once received a special breakfast, leaving me with only about 100-150 calories of Cheerios and

an apple I could eat. Except one. Once, the prison (on 8/30/24) sent me a special bag in which the wheat muffin was replaced by wheat bread, the Cheerios (which I could actually eat) was replaced absurdly by cream of wheat, and the cow's milk was replaced by one packet of powdered cow's milk (as if that helped) and two packets of soy milk (~150 calories that I could consume). And an apple.

On the first day, they initially sent me nothing for lunch. When the guard called them, they eventually sent about 1½ cups of chopped lettuce and green peppers with a slice of watermelon, which they also sent for dinner. So I got about 500 calories of food that day and wound up eating white rice my cellie gave me and some beans and sardines I already had, which got me up around 1,200 calories. I also ate a couple packs of peanut butter, so I probably hit 1,600, maybe even 1,700, because a guard brought me more cheerios.

On August 29, 2024, they sent me the same breakfast (150-200) calories. For lunch, they actually tried to accommodate me and sent a double portion of chicken with carrots, which was probably about 700 calories or a bit more, which wasn't bad. For dinner, however, the only thing I could eat was one pack of peanut

butter and one apple (~230 calories), and they didn't send me anything special. The guard in my unit kindly collected more peanut butter and apples for me, so I reached about 2,000 calories on the dot for this day. Rather than eating half a pound of straight peanut butter, I ate some and finished off my rice, beans and sardines.

I will note that I'm 6'1" with an athletic build and both need more calories than a smaller person and have less fat to lose before things get problematic than another man might.

On August 30, 2024, they sent me the aforementioned breakfast bag which was actively worse than the regular breakfast bag. At lunch, they sent nothing I could eat. The guard called down and they sent me a tray that initially looked fine. However, when I opened it, I saw all the food was covered in bread crumbs. They'd taken a regular tray and simply removed the bread. Which, mind you, is about a 200-calorie reduction to begin with. If I hadn't noticed the crumbs, I would have eaten it and had a serious flare up. I called the guard back to my cell and tried to give the tray back, but he wouldn't take it, so I had to wait until dinner to declare a hunger strike. At dinner, I decided to give them another

chance, but they didn't send anything. All I could eat off the regular bag was one pack of peanut butter and an apple. I could not eat the muffin, the cheese chips, the four slices of bread or the bologna (wheat). It's hardly an impressive meal, but others were getting about 1,150 calories when I was getting just 230. And they got 560 for breakfast when I got 150. And they got about 1,000 for lunch when I got zero. 380 versus 2,710. I told the guard to keep my food and that I was on hunger strike.

He was very friendly and tried to appease me. He promised to call Food Services and get me something. I decided to wait and see. What they sent was ultimately the chips I couldn't eat, one apple, a 90-calorie pack of sardines and a ~30-calorie pack of tomato juice. Total, it was about 170 calories, which was actually worse than the 230 I'd originally been sent. Now it was 220 calories versus 2,710, and my lunch was basically an assault, as trusting it would have triggered all my symptoms. I told the guard I appreciated his effort, but that I wasn't going to dignify sardines and one apple as a "meal" and would still be going on hunger strike.

My intention is to forego food until the Federal Bureau of Prisons consistently complies with the diet prescribed by their own dietician. I no longer intend to "work with" staff and accept the random alternatives they provide, not even the ones where I actually get something I like better than what's on my menu. I want my daily supplement. I want adequate nutrition I can safely consume. I want them to follow my menu. And when a lockdown requires them to deviate and prepare bagged meals, I want them to actually replace all the food I can't eat with food I can instead of simply removing it or telling me to just not eat it. I don't care if my food is good or tasty or anything like that. All I want is for it to be adequate and for there to be accountability. Until I am convinced I will consistently get what the BOP itself says I should receive, I am going to forego food, in sha' Allah.

There is a certain irony to going on hunger strike to get more food, but there's little difference between a "hunger strike" and my current situation. I am simply asserting a little self-determination in the space of food

deprivation. It is more a matter of identity. "Hunger strike" carries more dignity and affirmation than "starvation." I am just rebranding that imposed starvation with my own little delusion of autonomy: hunger strike. I am Kafka's hunger artist putting on a show in the middle of a famine. It isn't much of a sacrifice. And I'm not like my brothers and sisters in Gaza and Sudan who have to worry about actually dying from famine—may Allah give them relief. I expect we'll be off lockdown soon, in sha' Allah, although I don't plan to end my strike without changes. Temporarily, I do not have access to a meaningful amount of food. I am choosing to take the necessary measures to label my lack of food a hunger strike rather than starvation. It's really about dignity. Do I accept my "meal" and uphold my own gaslighting or do I refuse it and maintain a shred of pride? Only refusing it might actually change my situation, so it's an obvious choice.

The BOP is making me decide between torture and starvation. I spent more than a year accepting torture, but, since then, I've seen scars forming on my flesh and the pain I

experience has reached new extremes. I'd prefer neither, but, for now, I am going to roll with starvation for a while. But I'm calling it a hunger strike.

It isn't much of a sacrifice. People will imagine I'm being "defiant" and "taking a stand." But it really isn't much of a departure from the condition I was already in. Honestly, so far, the reduction in my symptoms has been worth the weakness, and you actually feel less hunger eating nothing than you do eating the tiny amounts of food they were sending me. After twenty-seven months of suffering and the mottling of my flesh, it is simply that a hunger strike makes sense. It's hard to see what I have to lose, and I might gain something, in sha' Allah. Or I might make a difference for other people by writing something like this. Allah knows best.

In all honesty, I don't expect much progress. I expect staff will temporarily make some useful changes, but then the weight of working in a chaotic and understaffed Bureau of Prisons will slowly erode that progress. They think I blame them, but, mostly, I don't. The people I

blame are the people who don't care enough about them or incarcerated men and women to avert these situations. When I was first incarcerated, in 2010, the Bureau of Prisons was awful, but it wasn't a total mess like it is today. It could handle both the average incarcerated person's needs and the outliers like me. Now, it cannot truly do either.

Around the time I learned of my food allergies, USP Hazelton started locking us down every morning due to a lack of staff. The morning was when my side of the prison had access to Health Services, the Psychology Department, Religious Services and the Education Department — where I work. I tried to get the Food Services Department to accommodate my needs on their own, but the administrator told me I had to get Medical to contact them. I told him I couldn't, because the "Blue Side" no longer had access to Health Services. His own jaw dropped when I explained this, and I suspect he was behind the alternating schedule that helped one half of my prison ultimately regain access to medical care after about two months.

The BOP has become so decrepit, poorly run

and understaffed that this sort of thing just happens now. Seven hundred men, many of whom have life threatening conditions (cancer, heart disease, diabetes, etc.), were simply denied medical care for two whole months. I've seen staff so exhausted by double shifts that they can barely function. I've seen nearly all the staff who were here before COVID-19 and the BOP's collapse quit because they couldn't take it anymore. My straightforward allergy issues exist in this context, not in the context of a Hollywood prison or a dehumanizing fantasy captured by one of the many reality shows that exploit the incarcerated for profit and tell stories of "hooch" and "shanks," instead of what things are actually like or about the massive systemic challenges that plague American prisons. It is falling apart. The ship is going down. And I am in its brig, asking for food that will not make me bleed.

I get that.

Staff think I'm indicting them, but this is more about proving whether or not they are to blame. If even a hunger strike can't get things in order. I figure it will mean there is

nothing they can do at this level. I hate legal work (no offense), and this is a last ditch effort to avoid having to seek some solution in the courts. And, for proof of just how much I hate legal work, consider how I am someone with a three-figure (mid-three-figure) income and how this would be a pretty open-and-shut tort for more money than I've ever earned in the course of my entire life (not a high bar). It's well documented. The BOP itself diagnosed me and prescribed treatment. I have actual scars. And, if necessary, I can do a live demonstration of what I experience. Plus, I know what I'm doing if I have to file on my own and already at least have lawyers watching this space. There simply isn't any amount of money that is worth the tedium and time required to file a serious lawsuit from prison by my experienced reckoning. But it would probably be worth it if it's the only way to solve the problems I face with my health. Even if the raw symptoms of my allergies were not worth it, I am worried about collateral impacts that could shorten the amount of time that I get to live, by Allah's will.

It's not about blame. It's not about villainizing individual workers. It's about a system. A hunger strike has poetry. It lends power to words like these that they otherwise might not have. When a person gives up one of the most basic things they need to survive, it causes people to pay attention. The apathy that indicts them becomes empathy. Especially when the person refusing food is a high-profile political prisoner who already provokes strong emotions and fits nicely into the usual narratives of hunger strikes. Especially when, unlike so many other incarcerated men and women and children, they grew up privileged in the gifted programs of Fairfax County where they could learn the language of society and woke academics with their PhD's. Especially when they, perhaps, happen to possess an unusual talent for poetry and art and manufacturing the sorts of effects produced by this notice. All the things that make the privileged believe and care.

I wish mankind did not need such symbols to push them toward justice. I wish they

would care about men and women in jails and prisons without hunger strikes and writings that speak to them in the language they've normalized for themselves. I wish they'd care about the people who lack the sort of education I have (not much, but something), who, along with Muslims, tend to suffer more than anyone else. I wish they wouldn't simply disbelieve them because they do not know how to speak to power on terms power accepts. I wish the world would see their pain and care about it when it is expressed only through the tools they have. I wish it would seek it out and not let it die in silence because those tools are so often inadequate.

So while I am a Muslim dissident imprisoned in the War on Terror and there is already a framework for understanding a hunger strike by the likes of me, that isn't really right for this. Yes, in some of the staff, there have been Islamophobic remarks to reach me. I know some of them view this as a sort of war with me and _imagine_ utterly bland gluten-free/dairy-free food is

a privilege I do not deserve because they deem me a "terrorist." There is that element. And there is the broader issue of how I am the only person currently serving a sentence in American prison for their expression about the freedom of expression and how the government exploited Islamophobic pathologizations of Muslims and Muslim militancy to claim my words "said" things they simply did not say to convict me for my expression about the freedom of expression. To protect freedom of expression, of course, they claimed. There is this whole big question about how I got here, which, due to a recent Supreme Court decision, this court might give another look. But that isn't the main issue in this particular case.

My experience is not too much different from so many other men and women incarcerated in federal prison. The BOP is collapsing. You, out there, cannot see it. But it is falling apart. The random food services workers you would like to blame are not the real problem. And this isn't so much about me being a political prisoner. You've built prisons far from cities

where it is hard to find workers. You've prioritized punishment over rehabilitation and ensured prisons would be more expensive to run, less safe and full of people who recidivate. You've failed to fund them enough to solve these problems. You've ignored the suffering of so many. The BOP is falling apart for the average person, but this is particularly so for the people with exceptional problems: food allergies, diabetes, disabilities, heart conditions, dementia, cancer.... I am hardly the only one. But I might be the only one who knows how to, in sha' Allah, convince a few people to care.

Or, perhaps not. Allah knows best if anyone will care, regardless of what I say or do.

I don't really *want* to be on hunger strike. I don't need a hunger strike to establish my "defiance" or anything to that effect. Those ideas are already exaggerated far beyond reality, and this act cannot really do much in that respect. It is a personal grievance, my own individual plight. I fully intend to end my hunger strike as soon as I see real results, not to keep it going or add unnecessarily to my demands.

But I also see it in respect to this larger problem affecting thousands of people in the Federal Bureau of Prisons. My personal issue is a part of something much larger, so I hope these words are a way of helping others see that and making it real. I am not powerless. So many others are. Some of them have cancer. Some of them are dying of other causes. Most of them are far more sympathetic and deserving than me. I'm just someone who knows how to put on a minstrel's paint and perform in a way that moves others to acknowledge a bit of their suffering.

Respectfully submitted,

Zakariyya ibn Dawud Al-Ogtani

Zachary Adam Chesser
Reg. No. 76715-083
USP Hazelton
PO Box 2000
Bruceton Mills, WV 26525

## Copy Right

I don't know if copy rights attach to court documents, but I'm not a fan of this category of law and believe it creates far more harm than good for the most marginalized of people, especially in the Global South. In the event it does apply, I freely and completely waive those rights and anyone can redistribute this as they please and even make money off it without compensating me. It is in the "public domain."