بسم الله الرحمن الرحيم

Clerk of the Court,                                              6/11/25

Could you please send me a copy of your pro se packet?

Also, I sent a Notice of Change of Address in U.S. v. Chesser no. 1:10-cr-395-LO-1 a while back, but I haven't received any mail related to my case. Was this notice received and filed?

Finally, the Fourth Circuit authorized my second and successive 2255 a number of months ago, but I never received any update after that. Has it been transferred to this court yet? If not, how can I bring this about?

Thank you,

Zachary Chesser
#76715-083
FCI McDowell
P.O. Box 1009
Welch, WV 24801