Case 1:10-cr-00092-MBO Document 80-2 Filed 06/03/16 Page 2 of 5 PageID# 1005
Case 1:10-cr-00092-MBO Document 80-2 Filed 06/03/16 Page 1 of 4 PageID# 1589
Written by Abu-Talhah Al-Amrikee
Thursday, 15 April 2010 13:54 - Last Updated Thursday, 15 April 2010 14:38

The controversy started in 2005 when a Danish newspaper ran a series of comics where an image of Muhammad was shown. It raised protests in the middle east where Muslims burned Danish embassies in Syria, Lebanon, and Iran.

This is not the first time the creator of South Park, Trey Parker and Matt Stone, produced episodes including Muhammad in the character. In July 4, 2001 an episode entitled Super Best Friends successfully aired with the prophet depicted.

People are waiting if tonight's episode will be really aired or canceled.

The episode went beyond just showing him, but it outright insulted him, salaa Allahu 'alayhi wa salam, by showing him in a bear suit and making fun of our beloved Nabi, salaa Allahu 'alayhi wa salam. It already aired and you can read comments about it here.

**Comments from some of the viewers:**

*I'm a relative newcomer to South Park, and I'm quite ignorant about pop culture, so I didn't recognize many of the celebrities or get any of the in-jokes. Still, I thought this was one of the funniest shows I've ever seen. Seeing Muhammad in the bear costume, and hearing him speak in a timid voice, was absolutely hilarious. I even thought it was respectful of Islam, while ridiculing Americans' poor understanding of the religion's practices.*

*I was really hoping they would put Muhammed inside the Sexual Harassment Panda suit but overall loved this episode.*

*Wow – that would have been AWESOME!*

**Where do they live?**

http://www.huffingtonpost.com/2009/11/09/trey-parker-and-matt-ston_n_351067.html

You can download the whole lecture from our "Downloads Section"

We have to warn Matt and Trey that what they are doing is stupid and they will probably wind up like Theo Van Gogh for airing this show. This is not a threat, but a warning of the reality of what will likely happen to them. Maybe they have not listened to this lecture before:

You can contact them, or pay Comedy Central or their own company a visit at these addresses:

Fan Mail Address:

Matt Stone
South Park
Comedy Central
1775 Broadway
New York, NY 10019
USA

Not an updated address? Please let us know!

PAGE 3

3

EXHIBIT B

Written by Abu Talhah Al Amrikee
Thursday, 15 April 2010 13:54 - Last Updated Thursday, 15 April 2010 14:38

Secondary Address:

Matt Stone
Important Films, Inc.
12910 Culver Blvd.
Suite A
Los Angeles, CA 90066
USA

Not an updated address? Please let us know!     Address Information:

Important Films, Inc.
(Production Company)
12910 Culver Blvd.
Suite A
Los Angeles, CA 90066
USA
Phone: (310) 306-8110
Fax:

Fan Mail Address:

Trey Parker
South Park
Comedy Central
1775 Broadway
New York, NY 10019
USA

Not an updated address? Please let us know!

Secondary Address:

Trey Parker
Important Films, Inc.
12910 Culver Blvd.
Suite A
Los Angeles, CA 90066
USA

Not an updated address? Please let us know!     Address Information:

Important Films, Inc.
(Production Company)

PAGE 4

4

EXHIBIT B

Written by Abu Tamah Al-Amrikee
Thursday, 15 April 2010 13:54 - Last Updated Thursday, 15 April 2010 14:38

12910 Culver Blvd.
Suite A
Los Angeles, CA 90066
USA
Phone: (310) 306-8110
Fax:

Note: View Larger Map &gt;&gt;

PAGE 5        5        EXHIBIT B