# Trey Parker And Matt Stone House: South Park Creators Show Off Green Home

Posted: 03/10/2010 5:12 am EDT  |  Updated: 05/25/2011 2:35 pm EDT

South Park creators Trey Parker and Matt Stone have built a massive retreat in Steamboat Springs. Despite the irreverence and contempt for politics and idealism the duo espouses in their show, they seemed to have had the environment in mind when they built their $5 Million mansion.

The AP reports:

> The creators of "South Park" are showing off their environmentally friendly mansion in western Colorado. The $5 million Steamboat Springs home belonging to Trey Parker and Matt Stone features "green" building techniques.
>
> Ceilings are made of Douglas fir timbers salvaged from a rail trestle that once spanned the Great Salt Lake. The home also uses recycled carpet and in-floor, radiant heating.

Steamboat Today describes the house's East-West fusion:

> There are views of Steamboat Ski Area from the front porch; a curved, granite kitchen counter with a leathered finish in shades of evergreen; and a mid-19th-century Japanese tansu, or antique chest of drawers, that faces a 110-inch projection screen. A Western dining room with sweeping views across the south valley is balanced by an Eastern dining room with low chairs and windows that look onto an aspen grove. In the rear of the property, at the end of a winding stone walkway, is a Japanese tea house that appears as authentic as one found in a Tokyo garden, with sliding screens as walls and tatami mats on the floor.

MORE: Steamboat Springs Trey Parker Matt Stone South Park

Copyright ©2015 TheHuffingtonPost.com, Inc.  |  "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved. 2015©

Part of HuffPost Local

PAGE 1                                                                                                        EXHIBIT C

# TRANSCRIPT

(the other pgs of this weren't readable)

## THE DEFENSE OF THE PROPHET CAMPAIGN VIDEO

0:00 [Revolution Muslim]

0:10 Arabic singing [Al-Qur'an wa Al-Ahadeeth Productions]

0:25 [Revolution Muslim Announces The Defense of the Prophet Campaign]

0:42 [Help Us Remove This Filth]
Chesser: The popular tv show "South Park," which airs on Comedy Central, recently showed an episode in which they directly insulted our beloved Prophet (Arabic). They depicted him in a bear costume and uttering things with a strange voice, and this is in addition to an episode which they have already aired, showing him flying around, doing all sorts of strange things (Arabic) as a direct mockery of him. So please join us in our Defense of the Prophet Campaign (Arabic) and download and re-upload this video, and spread the word however you can. (Arabic).

1:24 [Join Us]
Al-Awlaki: Why was Ka'b ibn Al-Ashraf killed? That was their question put to Rasulullah (Muhammad) (Arabic), because there was an agreement, there was an agreement between Rasulullah (Arabic) and all of the Yahud. That is well-known in sirah that Rasulullah (Arabic), when he came to Madinah he had a peace agreement with all of the Yahud. Now, Ka'b ibn Al-Ashraf was killed why? How come that

Brackets = written words                                    EXHIBIT D

PAGE 1

happened? What did Rasulullah (Arabic) say?

1:47 [Matt Stone] (Arabic) Rasulullah (Arabic) said:

2:08 [South Park Creator] "If he had calmed down like others who follow his opinion — or are on the same opinion as his — have

2:18 calmed down [Trey Parker] he wouldn't have been assassinated, but he has harmed us and he has defamed us with his poetry. And none of you would do this except we would deal with him with the sword." Rasulullah (Arabic) is

2:38 saying: There are many [South Park Creator] who have in their hearts the same belief as Ka'b ibn Al-Ashraf — he wasn't killed because of that. So he wasn't killed because

2:47 he hated the Rasulullah. [Ayaan Hirsi] He wasn't killed because he hated the Muslims. No. There are many people who have that disease in their hearts and we have left them alone. (Arabic) "If he had calmed down like other people calmed down he wouldn't have assassinated him. But he spoke against us. He spoke against me. And he defamed me with his poetry." And then he made it clear to the Yahud:

3:12 "If any one of you — you, Al-Yahud — [Theo Van Gogh] or the Mushrikin, if any of you try to defame me through your words, this will be the way we deal with you. There's nothing between us and you except the sword. There will be no dialogue. There will be no forgiveness. There will be no building of bridges. There will be no attempts of reconciliation. There will only be the