



The next day the "South Park" episode was criticized by the group Revolution Muslim in a post at its Web site, revolutionmuslim.com. The post, written by a member named Abu Talhah Al-Amrikee, said the episode "outright insulted" the prophet, adding: "We have to warn Matt and Trey that what they are doing is stupid, and they will probably wind up like Theo van Gogh for airing this show. This is not a threat, but a warning of the reality of what will likely happen to them."

Mr. van Gogh, a Dutch filmmaker and a critic of religions including Islam, was killed by an Islamic militant in Amsterdam in 2004 after he made a film that discussed the abuse of Muslim women in some Islamic societies.

In a telephone interview on Wednesday, Younnus Abdullah Muhammad, a member of Revolution Muslim, repeated the group's assertion that the post was a prediction rather than a threat. He said the post on the group's blog "was intended in a principle that's deeply rooted in the Islamic religion, which is called commanding the good and forbidding the evil." He tied the group's complaints about 'South Park' to larger frustrations about American support for Israel and the wars in Iraq and Afghanistan.

Asked if the F.B.I. was investigating, Special Agent Richard Kolko, an F.B.I. spokesman in New York, said in a phone interview that the bureau did not "monitor people or groups, we investigate criminal activity."

Mr. Kolko said: "The F.B.I. will investigate threats that occur over the Internet to determine if there is a potential for the threat to be carried out. However, in most cases these are First Amendment issues, and the F.B.I. vigorously defends people's First Amendment rights."

Police Commissioner Raymond W. Kelly said the New York Police Department was "aware of the threat, and we've looked at it."

He added, "We don't think that this threat, as is currently assessed, rises to a crime right now."

A law enforcement official, who requested anonymity because the investigation was continuing, said police investigators had met with people at Comedy Central and "made arrangements to address security concerns."

PAGE 2

EXHIBIT I



RM 7-23-2010 South Park postings.avi - VLC media player

Media  Playback  Audio  Video  Subtitle  Tools  View  Help

Revolution Muslim "South Park" Episode Altered After Muslim Group's Warning - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://www.revolutionmuslim.com/2010/04/south-park-episode-altered-after-muslim.html

Most Visited  Getting Started  Latest Headlines  Keep It  Keep It

Revolution Muslim "South Park" Epis...

bureau did not "monitor people or groups; we investigate criminal activity."

SIGN THE PETITION TO BARACK OBAMA!

Mr. Kolko said: "The F.B.I. will investigate threats that occur over the Internet to determine if there is a potential for the threat to be carried out. However, in most cases there are First Amendment issues, and the F.B.I. vigorously defends people's First Amendment rights."

Police Commissioner Raymond W. Kelly said the New York Police Department was "aware of the threat, and we've looked at it."

Click on the pic to sign now!

He added, "We don't think that this threat, as is currently assessed, rises to a crime right now."

A law enforcement official, who requested anonymity because the investigation was continuing, said police investigators had met with people at Comedy Central and "made arrangements to address security concerns."

Comedy Central has previously given Mr. Stone and Mr. Parker a certain free rein with "South Park." In a July 2001 episode, "Super Best Friends," Muhammad was depicted alongside the founders of other religions, including Krishna and Lao Tzu.

BLOG ARCHIVE

▼ 2010 (571)
  ► July (144)
  ► June (164)
  ► May (220)
  ▼ April (26)
    Pdf - Kittab al Arsh – Imam Dhahabi

But in 2006, when "South Park" wanted to weigh in on a controversy that erupted after Jyllands-Posten, a Danish newspaper, published cartoons satirizing Muhammad, it was not given the same latitude: a character said to be Muhammad was concealed behind a large black box labeled "CENSORED." The measure was taken by the "South Park" producers partly at the insistence of Comedy Central, and partly as a commentary on the network's policy of not allowing them to show the character, which the episode equated with giving in to the demands of extremists.

In a new episode of "South Park" broadcast Wednesday on Comedy Central, Mr. Parker and Mr. Stone exercised a degree of self-censorship. In continuing the previous week's story line about the Prophet Muhammad, that character was hidden underneath a "CENSORED" graphic, and an audio bleep was heard when his name was said.

But in a message that appeared Thursday morning on SouthParkStudios.com, the Web site of Mr. Stone and Mr. Parker's company, the studio said that Comedy Central had imposed further changes to the show.

04:17                                                                04:41

PAGE 3                                                    EXHIBIT I



PAGE 4

EXHIBIT I

