MENU

Subscribe
Give a gift
Digital subscription



FOLLOW *THE WEEK* ON FACEBOOK
Like

FEATURE

# 'South Park': Are Matt Stone and Trey Parker in danger?

*The Week Staff*



An episode of "South Park" showed the prophet Mohammad dressed in a bear suit. Screenshot

April 30, 2010

Comedy Central has decided to edit out provocative references to the Prophet Mohammed in the satirical cartoon series *South Park*, after a posting on a radical Islamist

PAGE 1

EXHIBIT K

website
raised concerns
that the
show's
co-creators, Trey Parker and Matt Stone, might be in danger. (Watch the "South Park" creators assure they're not afraid.) Here's a brief overview of the situation:

**What caused the controversy?**
The 200th episode of *South Park* — which aired last week — comes rather close to depicting Mohammad, something
Muslim law forbids
. The Prophet is initially heard speaking from inside a U-Haul trailer, and later emerges wearing
a bear costume. In the 201st episode, a "CENSORED" box covers what is said to be the character of Mohammed, and all mentions of his name are bleeped out.

**Who issued the "threat"?**
Twenty-year old Muslim convert Zachary Adam
Chesser
, a Virginia resident who now goes by the name
Abu
Talhah
Al-
Amrikee
, found the jokes to be blasphemous. On the website
RevolutionMuslim
.com, he wrote that Parker and Stone would "probably end up" like Theo
van
Gogh
, a Dutch filmmaker who was murdered by a Muslim extremist in 2004. His post included the home addresses of both Parker and Stone. Later, Chester told Fox News his message was "not a threat," but that the killing of the *South Park* creators "really is a likely outcome."

**Why would he say that?**
In the view of many hard-line Muslims, the Koran holds that anyone who insults Mohammed must be executed. That was why Iran's Ayatollah
Ruhollah
Khomeini
issued a *fatwa*

EXHIBIT K

PAGE 2

2

, or Islamic religious ruling, calling for the death of author Salman Rushdie. The ayatollah said Rushdie had insulted Islam's founder in his novel *The Satanic Verses*. The *fatwa* was eased in 1998, after Rushdie spent years in hiding.

**So is there a *fatwa* against Trey Parker and Matt Stone?**
No, at least not officially. But a basic principle in Islamic scripture — called "commanding right and forbidding wrong" — "obligates Muslim males to police behavior seen to be wrong and personally deal out the appropriate punishment as stated in scripture," says former Dutch legislator Ayaan Hirsi Ali, in *The Wall Street Journal*. Ali says Amrikee's Web post amounts to "an unofficial *fatwa*."

**Is there a consensus that the *South Park* creators are in danger?**
No, says Leslie Gornstein at *E! Online*: "The clowns behind RevolutionMuslim.com ... don't even come close to the Ayatollah's credibility." Ibrahim Hooper of the Council of American-Islam relations says the group and its website have "no credibility in the Muslim community."

Try 4 Risk-Free Issues
of *The Week* magazine.

3

PAGE 3


EXHIBIT K