Case 1:10-cr-00395-LO  Document 109-13  Filed 03/06/26  Page 1 of 18 PageID# 1656
Case 1:10-cr-00395-LO  Document 81-13  Filed 06/03/16  Page 1 of 12 PageID# 1058

Victims of the American Inquisition « freedetainees.org    Page 1 of 18

« Kenya deports radical Jamaican Muslim cleric   An outrageous deal to release a senior al-Qaeda terrorist »
Powered by MaxBlogPress

# Victims of the American Inquisition

*The following testimony, entitled "Victims of the American Inquisition" written by Zachary Chesser, is a microcosmic documentation of America's naked and larger aggression against the religion of Islam in what Chesser terms the 'American Inquisition.' Since the intensification of this most recent inquisition, the global Muslim community has suffered a ruthless assault on legal rights and basic humanity, which in various arenas have been superficially designated as everything from geopolitical interests to heretical rhetoric. What Chesser exposes through details regarding his case and subsequent incarceration, is a pattern of federally sanctioned religious persecution and corrosive civil rights violations reflective of American foreign policy, shockingly common in so-called terrorism cases. He recounts how his religious beliefs designated him as a target for government surveillance, how this surveillance in turn became a means of distortion and manipulation, culminating in his incarceration and the deliberate alienation of his family, particularly the religiously charged, custodial kidnapping of his son.*

In the name of Allah, the Beneficent, the Merciful:



My name is Abu Talhah Zakariyya al-Amriki (legally "Zachary Adam Chesser"), and what follows is not to be taken lightly. If you were to know how much these words can affect me and my family, then the gravity of this message would not escape you. I am writing this in order that nobody should fall into the same traps and mistakes as I did, to establish proof for those who doubt, and to rectify certain wrongs. Perhaps my ignorance of the nature of my situation was an excuse for me, but if not, then I ask Allah to forgive me. However, after me, I do not think that anyone will have an excuse in these matters if these events are manifested unto them.

This is my story, and within it are pieces of the stories of many others. It is only a relation of what I know to be true to the best of my ability, and I am sure that what remains hidden from me is far worse than that which was made clear to me, but that which is clear is enough for a person of understanding. Therefore, let these pages be recorded in the annals of history under the chapters reserved for the American Inquisition.

As for what follows...

In the summer of 2008, I became Muslim because I found that the Words of Allah in His Book were nothing but the unblemished Truth. Allah then blessed me to have a fierce passion for increasing myself in knowledge and worship. After a few months, I began to take note of the plight of the Muslims around the world, and from the standpoint of basic human nature, or what is known in Islam as the *fitrah*. It was clear to me that under such dramatic circumstances, peace could not be justified except by a coward or a despot. Then, when I learned about the obligation of jihad in Islam, I made it my goal to find a way to help the armies which were attempting to repel the invaders of the Muslim lands and to overthrow the tyrants who were in control of many regions in our territory.

## FBI Begins to Phish

Due to this position, the FBI began to target me in late 2008. Then, in 2010, they upped the ante in their investigation of me. Despite the fact that I was not in contact with a "terrorist" organization or any other group listed under the Foreign Intelligence Surveillance Act (FISA), at the time, the FBI and other organizations used this act in order to monitor me. They had two undercover agents give me a free apartment in order to conduct surveillance on me more easily, and the entire purpose of these two individuals seemed to be to try to get both me and my wife out of this apartment so that they could raid it. They did not even discuss issues of jihad or politics except for very lightly in the latter category. However, we suspected what they were doing, so it was no surprise one day to find that the FBI had locked me out of

Case 1:10-cr-00395-LMB   Document 109-13   Filed 03/06/26   Page 2 of 2 PageID# 1657
Case 1:10-cr-00395-LO   Document 81-11   Filed 06/03/16   Page 8 of 18 PageID# 1065

Victims of the American Inquisition « freedetainees.org                                  Page 8 of 18

other statutes I was never actually charged with. The jail I was in would only let me use their law library after 1:00 AM, and this made it extremely difficult to go to it to look things up on my own. For whatever reason, my lawyers kept forgetting to bring me the relevant statutes in my case. I would have pled guilty anyway, because I was not considering myself when I did it, but from what I can tell it does not look like I actually broke any of the laws which they were mentioning.

However, when I pointed this out to my attorneys, they told me that I might be right, but that I would be convicted anyway, because of how the jury would view me. In fact, the prosecution initially wanted me to plead guilty to putting someone in a reasonable fear of death, but just before my court date to enter the plea, they realized that I did not actually put anyone in a reasonable fear of death, so they could not even convict me of that if I admitted to it like I was planning on doing.

At some point in October of 2010, I pled guilty to material support of terrorism for trying to join Al-Shabaab in Somalia and for making a video at their direction (the video is not specified in my statement of facts nor in my criminal information, but I believe they are referencing <u>a video called "First Stop Addis"</u> which I made. However, I did not make that at the direction of Al-Shabaab, but at the direction of an organization which is not illegal to support.

I am not even sure if Al-Shabaab knew that the song behind the video had made it out of Somalia), soliciting a violent or threatening act in that I posted something calling on people to leave harmless bags in public places to make them look like bombs (when I was arrested the agents said that they had an increase in false bomb reports after that post, but that could have just been another lie), and to communicating threats against the creators of South Park.

## Contrived "Connections"

As far as the brother Younes is concerned, then I told the government what I did in the matter revolving around the show South Park, but I also told them that they were incorrect in thinking we meant the posts as a threat or any of the other various things they kept trying to get me to say. I even told them that I had no clue what the law said, and that if I learned that what I did was legal, then I was going to go back to trial. I also mentioned that I was the one who put everything in the documents about the Islamic ruling in the matter. If the government has said that I told them anything else then they are lying.

Additionally, I have seen the argument they put forth in <u>the affidavit</u> in his case, and the claim that the fact that we were trying not to break the law in fact meant that we are more guilty is ridiculous. I was the one in charge of removing anything which was remotely threatening in the press release Revolution Muslim did, and if I missed anything, then it was my fault. I only vaguely remember the conversation mentioned in the affidavit where it says I removed a line, because it might be construed as a threat, but the FBI has made this point very clear by referencing this. We were trying to help Islam by changing the dialogue on these issues. My posts were the ones which were closer to crossing the line on the matter being a threat, but Younes was definitely not trying to threaten anybody, and he made that clear from the very beginning. [I was in the middle of editing a final draft this document when I learned that the brother Younes (Jesse Curtis Morton) plead guilty, so if this was based on a belief that I was saying anything about him to harm him or that I would, then he should know that this is not the case.]

There is also some brother who has been tied to me named <u>Reed Stanley Berry</u>. I was told he used the name Asad Allah on a forum called "<u>Ansar</u>." I am not really sure what the FBI is claiming I told them, and I am not even sure that I am guessing at the right brother, but there are only two Asadullahs which I know of, and I know that he is not the one who went by the name <u>Asadullah al-Shishaani</u>. I do not recall saying anything at all to the FBI about a user named Asad Allah on the Ansar forum, but if I did, then I might have mentioned that the guy who invited me onto that forum had that username, but the usernames on that forum were not hidden, so the fact that an Asad Allah existed on that forum would not have meant anything.

The only other thing that I did involving that brother was that I had a conversation with him in which he concluded that it was not a good idea for him to try to do something which might be a violation of the law, and that he should wait until he did not have to do anything illegal to accomplish his goals. I do not remember saying either of those things, but if the FBI said I told them anything else about someone named Asad Allah, then they are lying or they misunderstood what I said, but it is probably the former from my experience. I do not know of another Asad Allah, so if this brother is a different person, then they are definitely lying.

PAGE 2                                    2                                    Exhibit M