Zachary A. Chesser
Reg. No. 76715-083
Federal Correctional Institution McDowell
P.O. Box 1009
Welch, WV 24801



U.S. MARSHALS INSPECTED

RECEIVED
MAR -- 2026
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Clerk of the Court
Albert Bryan U.S. Courthouse
401 Courthouse Sq
2nd Floor
Alexandria, VA 22314-570