UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Case No. 1:10cr395 (LMB)

UNITED STATES OF AMERICA,

    Respondent,

    v.

ZACHARY ADAM CHESSER,

    Defendant.



---

### Motion for Extension of Time to File Reply and for Leave to File Extra Pages

---

I move this court for an extension of time to file my reply to the government's response to my successive petition and leave to file extra pages. As for timeliness, the delay was caused by the postal service and when I received the government's response. It is minor. As for pages, the reply is just over twelve pages, and its length is caused by the government's insistence on using one-sentence arguments with no citation to authority and the fact that I have to fill in what the government might mean by what it is saying in order to reply. While an attorney would probably just ignore these undeveloped arguments, that is not exactly easy to do when you are pro se and it is your own freedom that is on the line.

Respectfully submitted,

Zachary A. Chesser
Reg. No. 76715-083
FCI McDowell
P.O. Box 1009
Welch, WV 24801

CERTIFICATE OF SERVICE

I certify that on this **24ᵗʰ** day of **March**, 2026, I placed a true copy of the forgoing filing in the mail,

with prepaid first-class postage, addressed to:

Gordon Kromberg
Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314

Zachary Adam Chesser